08-45120

2008 OCT -7 PM 1:38

Certificate Number: 00134-WAW-CC-005089773

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 7, 2008 , at 7:31 o'clock AM PDT ,

Peter Jacobson received from

Cricket Debt Counseling ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Washington , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: October 7, 2008           By      /s/Elizabeth Venegas

                                Name    Elizabeth Venegas

                                Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).