Form ntcdeads (01/2008)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re: Peter A Jacobson and Maria E Jacobson
Debtor(s).

Case Number: 08–45120–PHB
Chapter: 7

## NOTICE OF DEADLINE FOR SCHEDULES, STATEMENTS, AND LISTS
## AND NOTICE OF EX PARTE MOTION TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED

To the Debtor(s) and Debtor's Attorney:

1. The Debtor has until **October 22, 2008** to file the documents listed below as required by 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1007(c).

- ☑ Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
- ☑ Schedule A
- ☑ Schedule B
- ☑ Schedule C
- ☐ Schedule D
- ☑ Schedule E
- ☐ Schedule F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☐ Schedule A thru J
- ☐ Ch 7 Statement of Current Monthly Income and Means Test Calculation–Form 22A
- ☐ Ch 11 Statement of Current Monthly Income–Form 22B
- ☐ Ch 13 Statement of Current Monthly Income and Disposable Income Calculation–Form 22C
- ☐ Chapter 13 Plan

2. YOU ARE NOTIFIED that failure to file the documents by the due date, or by any extension granted by Court order will result in the United States Trustee filing an ex parte motion on the fifth day after the deadline passes for an order dismissing the case. (See 11 U.S.C. § 707(a)(3), § 1112(e), or § 1307(c)(9), and LBR 1017–2.) If you wish to oppose the dismissal, you must file your written objection with the Court within 5 days after the applicable deadline passes, (i.e. 15–day deadline). THIS IS THE ONLY NOTICE YOU WILL RECEIVE of the U.S. Trustee's motion to dismiss the case.

3. If the meeting of creditors notice has been mailed by the clerk, any additional creditors must be filed as an amendment to the appropriate schedule along with a list of only the additional creditors. **If the clerk has mailed notice of 11 U.S.C. § 341 meeting before the documents are filed, the Debtor is responsible for mailing a copy of the 11 U.S.C. § 341 meeting notice to any creditor not listed on the original master mailing list filed with the Court, LBR 1007–2 and LBR 1009–1.**

DATED: **October 7, 2008**

Mark L. Hatcher
Clerk of the Bankruptcy Court