Form trinfo7 (10/2007)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington
## Chapter 7 Debtor(s) Requirement to Send Documents to the Trustee

**IMPORTANT INFORMATION – Please Read**

In addition to the documents you are required to file with the court, there is additional documentation that you are required to send to the trustee assigned to your case.

In accordance with 11 U.S.C. § 521, Interim Fed.R.Bankr.P. 4002, and Interim Local Rule W.D. Wash. Bankr. 4002–1, chapter 7 debtors are required to provide *COPIES* of the following documents (or a written statement that the documentation does not exist or is not in your possession) to the trustee *prior to the first date set for the § 341 meeting of creditors*. Your § 341 meeting of creditors is set for: November 18, 2008 . The trustee assigned to your case is:

> Terrence J. Donahue
> 1201 Pacific Ave #1200
> Tacoma, WA 98402
> 253−620−2519

1. Your *Federal income tax return* (or transcript) for the most recent tax year ending immediately before filing your bankruptcy petition and for which a Federal income tax was filed.

2. *Statements* for each of your checking, savings and investment accounts, including money market accounts, mutual funds and brokerage accounts for the time period that includes the date of the filing of the petition. **Your date of filing the petition was October 7, 2008 .**

3. All of your *payment advices* or other evidence of payment (i.e., pay stubs and/or earnings statements) that you received within 60 days before filing your bankruptcy petition.

4. An *original signed declaration* attached to the front of the documents listed above. A declaration is attached to this notice that contains the required language. If you have a joint case, both debtors must sign the declaration.

### *DEADLINES*

*If you fail to provide the Federal income tax return and the statements to the trustee AT LEAST 7 calendar days before your § 341 meeting of creditors, your case may be DISMISSED*

*Pay advices must be sent to the trustee NO LATER THAN 15 days after the petition is filed, or your case may be DISMISSED .*

The trustee may request that you provide additional documents depending upon your case. In addition to the duties described in this notice, you may also have other duties to perform that are not listed here.

If any of the documents listed in this notice are filed with the court, the court will not forward them to the trustee. It is the debtor's responsibility to send these documents directly to the trustee. For further information, please refer to the Self Help Filing Information located on the bankruptcy court's web site at www.wawb.uscourts.gov .

**UNITED STATES BANKRUPTCY COURT**

**Western District of Washington**

*In Re*

    Peter A Jacobson and Maria E Jacobson    Case Number: 08−45120−PHB

*Debtor(s)*    Chapter: 7

### Declaration Re: Debtor's Required Documents for Trustee

I/we declare under penalty of perjury that the attached documents are true copies of the originals.

Please check the documents from the following list that are attached to this declaration.

☐ Federal Income Tax Return

☐ Payment Advices (i.e. Pay Stubs and/or Earning Statements)

☐ Checking, Savings or Investment Account Statement(s)

☐ Other (please explain) _____

_____

_____

_____

_____    _____    _____
Debtor's Printed Name    Debtor's Signature    Date

_____    _____    _____
Joint Debtor's Printed Name (If any)    Joint Debtor's Signature (If any)    Date