# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Peter A Jacobson and Maria E Jacobson

Case Number: 08–45120–PHB
Chapter: 7

Debtor(s).

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the adminstration of the bankruptcy case demonstrate that the waiver was unwarranted.

☐ DENIED.

☑ SCHEDULED FOR HEARING.

A hearing to consider the Debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on: Tuesday, 4 November 2008 at 9:30 a.m. in Courtroom I, U.S. Bankruptcy Court, 1717 Pacific Avenue, Tacoma, WA 98402.

IF THE DEBTOR(S) FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Dated: _____.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)