Form oifp (03/2006)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Peter A Jacobson and Maria E Jacobson

Case Number: 08–45120–PHB
Chapter: 7

Debtor(s).

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the adminstration of the bankruptcy case demonstrate that the waiver was unwarranted.

☐ DENIED.


☑ SCHEDULED FOR HEARING.

A hearing to consider the Debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on: Tuesday, 4 November 2008 at 9:30 a.m. in Courtroom I, U.S. Bankruptcy Court, 1717 Pacific Avenue, Tacoma, WA 98402.

IF THE DEBTOR(S) FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Dated: _____.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: paulb            Page 1 of 1              Date Rcvd: Oct 21, 2008
Case: 08-45120                Form ID: pdf6          Total Served: 2

The following entities were served by first class mail on Oct 23, 2008.
db          +Peter A Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
jdb         +Maria E Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2008**                          **Signature:**    *Joseph Speetjens*