## UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Peter A Jacobson and Maria E Jacobson

Case Number: 08–45120–PHB
Chapter: 7

Debtor(s).

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the Debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☑ GRANTED.

This order is subject to being vacated at a later time if developments in the adminstration of the bankruptcy case demonstrate that the waiver was unwarranted.

☐ DENIED.

☐ SCHEDULED FOR HEARING.

Dated: _____.

_/s/ Philip H. Brandt_
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)