The Honorable Philip H. Brandt
Chapter 7
Hearing Date: January 6, 2009
Hearing Time: 9:30 a.m.
Response Date: December 30, 2008
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 08-45120-PHB |
|---|---|
| PETER A. JACOBSON and MARIA E. JACOBSON, <br><br> Debtors. | NOTICE OF OBJECTION TO IN FORMA PAUPERIS APPLICATION AND MOTION TO VACATE ORDER WAIVING FILING FEE <br> **[CLERK'S ACTION REQUIRED]** |

TO      :   Peter and Maria Jacobson, Debtors
AND TO:   Kenneth E. Rossback, attorney for Debtors
AND TO:   Office of the United States Trustee
AND TO:   Clerk of the Court

**YOU AND EACH OF YOU** are hereby given notice that the Chapter 7 Trustee is requesting to have the Court vacate its Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee entered on November 6, 2008.

**The hearing on this Application will be heard on the 6th day of January, 2009, at 9:30 a.m. in the United States Bankruptcy Court, 1717 Pacific Avenue, Courtroom I, Tacoma, Washington, and the clerk is requested to note the Application on the Motion calendar for that date.**

**YOU ARE NOTIFIED that any objection to the above-referenced Application must set forth the grounds for such an objection, must be filed with the Clerk of the United States Bankruptcy Court, 1717 Pacific Avenue, Tacoma, Washington 98402, and must be served on the undersigned no later than December 30, 2008.**

In the absence of an objection, the Court will be requested to grant the relief as requested therein.

A complete copy of the full Application may be obtained by written request from the Chapter 7 Trustee and also available for review at the office of the Clerk of the United States Bankruptcy Court or can be obtained through Pacer at the Court's website.

DATED this 17th day of November, 2008.

By:   /s/ Terrence J. Donahue
      Terrence J. Donahue, WSBA #15193
      Chapter 7 Trustee

NOTICE OF OBJECTION TO IN FORMA PAUPERIS
APPLICATION AND MOTION TO VACATE ORDER
WAIVING FILING FEE - 1

00400154.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Case 08-45120-PHB    Doc 22    Filed 11/19/08    Ent. 11/19/08 11:38:49    Pg. 1 of 1