The Honorable Philip H. Brandt<br>
Chapter 7<br>
Hearing Date: January 6, 2009<br>
Hearing Time: 9:30 a.m.<br>
Response date: December 30, 2008<br>
Hearing Location: Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| PETER A. JACOBSON and MARIA E. JACOBSON, | DECLARATION OF MAILING |
| Debtors. | |

I, Gina A. Brunaugh, declare as follows:

I am a paralegal with the law firm of Eisenhower & Carlson, PLLC and am competent to be a witness herein.

On November 19, 2008, I mailed the Notice of Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing and the Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing Fee in the above-entitled matter via first-class mail, postage prepaid as follows:

> Peter and Maria Jacobson
> 4207 Kootnai Street West
> University Place, WA 98466

Debtors' attorney, Kenneth E. Rossback, received notification via ECF at ken@rossbacklaw.com and ed@rossbacklaw.com and notice@rossbacklaw.com

Office of the United States Trustee received notification via ECF at USTPRegion18.SE.ECF@usdoj.gov.

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated at Tacoma, Washington this 19th day of November, 2008.

/s/ Gina A. Brunaugh
Gina A. Brunaugh

DECLARATION OF MAILING - 1

00400357.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519