The Honorable Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| PETER A. JACOBSON and MARIA E. JACOBSON, | DECLARATION OF MAILING |
| Debtors. | |

I, Gina A. Brunaugh, declare as follows:

I am a legal assistant with the law firm of Eisenhower & Carlson, PLLC and am competent to be a witness herein.

On November 26, 2008, I mailed the Trustee's Objection to Exemptions as Amended in the above-entitled matter via first-class mail, postage prepaid as follows:

Peter A. and Maria E. Jacobson  
4207 Kootnai Street West  
University Place, WA 98466

Kenneth E. Rossback  
Attorney at Law  
3219 - 6th Avenue  
Tacoma, WA 98406-5901

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated at Tacoma, Washington this 26th day of November, 2008.

/s/ Gina A. Brunaugh
Gina A. Brunaugh

DECLARATION OF MAILING - 1

00401123.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Case 08-45120-PHB   Doc 28   Filed 11/26/08   Ent. 11/26/08 13:46:39   Pg. 1 of 1