Form ntcclm (06/2007)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

    Peter A Jacobson
    SSN: xxx–xx–7545

    Maria E Jacobson
    SSN: xxx–xx–6855

    Debtor(s).

Case Number: 08–45120–PHB
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

YOU ARE NOTIFIED that the Trustee in this case, **Terrence J. Donahue** , has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **February 25, 2009.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

The proof of claim form is attached to this notice. It can be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

**ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM**

Dated: November 26, 2008

                      Mark L. Hatcher
                      Clerk of the Bankruptcy Court

                      By: /s/ Paul Beushausen
                      Deputy Clerk

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Western District of Washington | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Peter A Jacobson<br>Maria E Jacobson | Case Number: 08-45120 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

 **3a. Debtor may have scheduled account as:** _____
 (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property: $_____ Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $_____ Basis for perfection:** _____

**Amount of Secured Claim: $_____ Amount Unsecured: $_____**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*\*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/07) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: paulb            Page 1 of 2            Date Rcvd: Nov 26, 2008
Case: 08-45120                Form ID: ntcclm        Total Served: 71

The following entities were served by first class mail on Nov 28, 2008.
db         +Peter A Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
jdb        +Maria E Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
aty         Kenneth E. Rossback,    Attorney at Law,    3219 6th Ave,    Tacoma, WA  98406-5901
tr         +Terrence J. Donahue,    1201 Pacific Ave #1200,    Tacoma, WA 98402-4395
951375993  +1ST SECURITY BANK,    6920 220TH STREET SW,    MOUNTLAKE TERRACE, WA 98043-2177
951375995   ACADEMY COLLECTIONS SERV, INC.,    PO BOX 21089,    PHILADELPHIA, PA 19114-0589
951375996  +BANK OF AMERICA,    POB 17054,    WILMINGTON, DE 19884-0001
951375999  +BAY AREA CREDIT SERVIC,    97 E BROKAW RD STE 240,    SAN JOSE, CA 95112-4209
951376000   BK OF AMER,    4060 OGLETOWN/STAN,    NEWARK, DE 19713
951376020  +CAPITOL ONE SERVICES,    COLUMBIA B&T GEORGIA VIS,    1125 1ST AVE,    COLUMBUS, GA 31901-2403
951376022  +CB&T,    POB 84050,    COLUMBUS, GA 31908-4050
951376023   CCITY/CBSD,    P O BOX 8002,    GRAY, TN 37615-0002
951376024   CHASE,    BANK ONE CARD SERV,    WESTERVILLE, OH 43081
951376019 ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
            (address filed with court: CACH LLC,    370 17TH STREET,    DENVER, CO 80202)
951376026   CRD PRT ASSO,    ONE GALLERIA TOWER,    DALLAS, TX 75240
951346858   Columbia Customer Service,    POB 2036,    Tacoma, WA 98401-2036
951346860   Columbus B&T Georgia VIS,    1125 1st Ave,    Columbus, GA 31901
951376027  +EVERGREEN PRO RECOVE,    12100 NE 195TH ST #180,    BOTHELL, WA 98011-5762
951376029  +EVERGRN PROF,    P.O. BOX 666,    BOTHELL, WA 98041-0666
951346863   First Financial Asst MG,    2800 N 4th St Suite 310,    Phoenix, AR 85008
951376031   GOTTSCHALKS,    7 PARK RIVER PLACE,    FRESNO, CA 93720
951346866 ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
            (address filed with court: Guarantee Bank,    4000 W. Brown Deer Rd.,    Brown Deer, WI 53209)
951346867  +HSB Comp USA,    POB 15521,    Wilmington, DE 19850-5521
951346869   Key Bank NA,    POB 94518,    Cleveland, OH 44101-4518
951376034  +LEASECOMM,    950 WINTER ST,    WALTHAM, MA 02451-1424
951376038  +MERCHANTS ME,    PO BOX 7416,    BELLEVUE, WA 98008-1416
951346870  +Merchants Credit & Coll,    POB 7416,    Bellevue, WA 98008-1416
951346871   Norwest Finance,    4020 S. Steele St.,    Tacoma, WA 98409-7351
951376039  +OLYMPIC COLLECTIONS INC,    P.O. BOX 24027,    FEDERAL WAY, WA 98093-1027
951346872   Olympic Collection Inc.,    33710 9th Ave S, Ste 104,    Federal Way, WA 98003-6734
951346874  +Pierce Supr Crt-Tacoma,    930 Tacoma Ave S,    Tacoma, WA 98402-2105
951346873  +Pierce Supr Crt-Tacoma,    930 Tacoma Ave.,    Tacoma, WA 98402-2105
951346876   Puget Sound Collections,    POB 66995,    Tacoma, WA 98464-6995
951376043  +SAGRES CO,    10350 SCIENCE CT,    SAN DIEGO, CA 92121-1129
951376045  +SEARS / CBSD #56311278057,    8725 W. SAHARA AVE,    MC02-02-03,    THE LAKES, NV 89163-0001
951346878  +Sears/CBSD,    8725 W. Sahara Ave.,    MC02-02-03,    The Lakes, NV 89163-0001
951376046   TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON,    PHILADELPHIA, PA 19154-1207
951346879  +The Sagres Company,    10350 Science Ct, STE 100,    San Diego, CA 92121-1133
951346880  +Traveler's Acceptance,    2701 Loker Ave W,    Carlsbad, CA 92010-6638
951346847   UBS,    POB 50220,    Irvine, CA 92619-0220
951376047  +UNIFUND,    11802 CONREY RD,    CINCINNATI, OH 45249-1074
951376048  +UNIFUND CO,    10751 MONTGOMERY ROAD,    CINCINNATI, OH 45242-3256
951346881   Unifund CCR Partners,    10625 Techwood Cir,    Cincinnati, OH 45242-2846
951376050  +WELLSRECOVER,    1250 MONTEGO,    WALNUT CREEK, CA 94598-2820
951376051  +WFFINANCIAL,    4020 S STEELE ST,    TACOMA, WA 98409-7351
951346882   Weisfield Jewelers,    375 Ghent Rd.,    Fairlawn, OH 44333-4601
951346883   Wells Fargo Bank,    POB 30095,    Walnut Creek, CA 94598-9095
951346848  +lst Security Bank,    6920 220th St. SW, Suite 300,    Mountlake Terrace, WA 98043-2172

The following entities were served by electronic transmission on Nov 27, 2008.
tr         +EDI: QTJDONAHUE.COM Nov 27 2008 00:28:00      Terrence J. Donahue,    1201 Pacific Ave #1200,
             Tacoma, WA 98402-4395
smg         EDI: WADEPREV.COM Nov 27 2008 00:33:00      State of Washington,    Department of Revenue,
             2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust        +E-mail/PDF: USTPREGION18.SE.ECF@USDOJ.GOV Nov 27 2008 04:25:49      US Trustee,
             700 Stewart St Ste 5103,    Seattle, WA 98101-1271
951375994  +EDI: ACCE.COM Nov 27 2008 00:33:00      AAC,    PO BOX 2036 28405 VAN DYKE RD,
             WARREN, MI 48090-2036
951346849  +EDI: AFNIRECOVERY.COM Nov 27 2008 00:33:00      AFNI,    POB 3427,    Bloomington, IL 61702-3427
951346850   EDI: ACCE.COM Nov 27 2008 00:33:00      Asset Acceptance Corp,    POB 2036,    Warren Ml 48090-2036
951375996  +EDI: BANKAMER2.COM Nov 27 2008 00:28:00      BANK OF AMERICA,    POB 17054,
             WILMINGTON, DE 19884-0001
951346851   EDI: BANKAMER.COM Nov 27 2008 00:28:00      Bank of America,    1000 Samoset Dr.,
             Wilmington, DE 19884-2211
951346853  +EDI: TSYS2.COM Nov 27 2008 00:28:00      Bon-Macys SAB,    1345 S 52 ST,    Tempe AR 85281-6970
951376025  +EDI: CHASE.COM Nov 27 2008 00:33:00      CHASE/BANK ONE CARD SERVICES,    800 BROOKSEDGE BLVD,
             WESTERVILLE, OH 43081-2822
951346855   EDI: CAPITALONE.COM Nov 27 2008 00:28:00      Capitol One Services,    POB 30281,
             Salt Lake City, Ut 84130-0281
951346857  +EDI: RMSC.COM Nov 27 2008 00:28:00      Chevron Credit Bank NA,    POB 5010,
             Concord, CA 94524-0010
951346861  +EDI: CREDPROT.COM Nov 27 2008 00:28:00      Credit Protection,    POB 802068,
             Dallas, TX 75380-2068
951376030  +EDI: RMSC.COM Nov 27 2008 00:28:00      GEMB/MERVYNS,    PO BOX 981400,    EL PASO, TX 79998-1400
951346864  +EDI: RMSC.COM Nov 27 2008 00:28:00      GEMBJCP,    POB 981402,    El Paso, TX 79998-1402
951346865   EDI: HFC.COM Nov 27 2008 00:28:00      Gottschalks,    POB 28920,    Fresno, CA 93729-8920
951376032  +EDI: HFC.COM Nov 27 2008 00:28:00      HRSUSA/COMPUSA,    301 N WALNUT ST,
             WILMINGTON, DE 19801-3974
951376033  +EDI: HFC.COM Nov 27 2008 00:28:00      HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
951346868  +EDI: HFC.COM Nov 27 2008 00:28:00      HSBC NV,    POB 19360,    Portland OR 97280-0360
```

```
District/off: 0981-3           User: paulb              Page 2 of 2              Date Rcvd: Nov 26, 2008
Case: 08-45120                 Form ID: ntcclm          Total Served: 71
```

The following entities were served by electronic transmission (continued)
```
951376035     +EDI: RESURGENT.COM Nov 27 2008 00:33:00      LVNV FUNDING LLC,    PO BOX 740281,
               HOUSTON, TX 77274-0281
951376036     +EDI: RESURGENT.COM Nov 27 2008 00:33:00      LVNVFUNDG,    PO BOX 10584,
               GREENVILLE, SC 29603-0584
951376037     +EDI: TSYS2.COM Nov 27 2008 00:28:00      MACYS/FDSB,    9111 DUKE BLVD,    MASON, OH 45040-8999
951376042     +EDI: PHINRJMA.COM Nov 27 2008 00:28:00      RJM ACQ LLC,    575 UNDERHILL BLVD,
               SYOSSET, NY 11791-3426
951346875     +EDI: PHINRJMA.COM Nov 27 2008 00:28:00      RJM Acquisitions LLC,    575 Underhill Blvd,
               Syosset, NY 11791-3426
951376049     +EDI: AFNIVZWIRE.COM Nov 27 2008 00:28:00      VERIZON,    10734 INTERNATIONAL DRIVE,
               RANCHO CORDOVA, CA 95670-7359
951346883      EDI: WFFC.COM Nov 27 2008 00:33:00       Wells Fargo Bank,    POB 30095,
               Walnut Creek, CA 94598-9095
                                                                                             TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
951346852*     Bank of America,    1000 Samoset Dr.,    Wilmington, DE 19884-2211
951346854*    +Bon-Macys SAB,    1345 S 52 ST,    Tempe AR 85281-6970
951346856*    +Capitol One Services,    POB 30281,    Salt Lake City, UT 84130-0281
951346859*     Columbia Customer Service,    POB 2036,    Tacoma, WA 98401-2036
951346862*    +Credit Protection,    POB 802068,    Dallas, TX 75380-2068
951346877*     Puget Sound Collections,    POB 66995,    Tacoma, WA 98464-6995
                                                                                       TOTALS: 0, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2008**                      **Signature:**     _Joseph Speetjens_