1 JOHN D. DUNCAN (WA SBN 33662)
DAVID E. McALLISTER (WA SBN 37755)
2 PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
3 P.O. Box 17933
San Diego, CA 92117-0933
4 Telephone: (619) 590-1300
Facsimile: (619) 590-1385
5

6 Attorneys for UBS AG, AS SERVICING AGENT FOR ACT PROPERTIES LLC

7

8 UNITED STATES BANKRUPTCY COURT

9 WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| 10 | In re | Case No. 08-45120-PHB |
|---|---|---|
| 11 | PETER A. JACOBSON AND MARIA E. JACOBSON, | Chapter 7 |
| 12 | Debtor(s). | UBS AG, AS SERVICING AGENT FOR ACT PROPERTIES LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

16 TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED

17 PARTIES

18 PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for UBS AG, as

19 servicing agent for ACT Properties LLC hereby requests special notice of all events relevant to the

20 above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-

21 referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy

22 Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests

23 for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

24 all matters which must be noticed to creditors, creditors committees and parties-in-interest and other

25 notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the

26 above-referenced bankruptcy court.

27 /././

28 /././

REQUEST FOR SPECIAL NOTICE          2578791.wpd

| | |
|---|---|
| 1 | PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master |
| 2 | Mailing List in this case, the following address be used: |

DAVID E. MCALLISTER<br>
PITE DUNCAN, LLP<br>
4375 Jutland Drive, Suite 200<br>
P.O. Box 17933<br>
San Diego, CA 92117-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated:    December 18, 2008    PITE DUNCAN, LLP

/s/ David E. McAllister
David E. McAllister, WSBA #37755
Attorneys for UBS AG, AS SERVICING AGENT
FOR ACT PROPERTIES LLC