The Honorable Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| PETER A. JACOBSON and MARIA E. JACOBSON, | DECLARATION OF NO OBJECTION |
| Debtors. | |

**I, TERRENCE J. DONAHUE,** make this declaration on my own knowledge:

I am the Trustee of the above-captioned estate.

I provided the *Ex Parte* Application to Employ Special Counsel, proposed *Ex Parte* Order Approving Application to Employ Special Counsel and Declaration of Disinterest on December 17, 2008, to the Office of the United States Trustee via email transmission. To date I have received no objections, written or otherwise, from the United States Trustee.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 30th day of December, 2008.

                        /s/ Terrence J. Donahue
                        TERRENCE J. DONAHUE

DECLARATION OF NO OBJECTION - 1

00403321.DOC/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519