The Honorable Philip H. Brandt
Chapter 7
Hearing Date: January 6, 2009
Hearing Time: 9:30 a.m.
Response Date: December 30, 2008
Hearing Location: Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| PETER A. JACOBSON and MARIA E. JACOBSON, | DECLARATION OF NO OBJECTION |
| Debtors. | |

**I, TERRENCE J. DONAHUE,** make this declaration on my own knowledge:

I am the Chapter 7 Trustee in the above-entitled estate.

The Notice of Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing Fee and Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing Fee were mailed to the appropriate parties on November 19, 2008, pursuant to the Declaration of Mailing on file herein *(Docket No. 23)*. To date, I have received no objections written or otherwise.

The Notice provided that any objection to the Motion must be filed with a copy to the undersigned by December 30, 2008.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 31st day of December, 2008.

By: /s/ Terrence J. Donahue
TERRENCE J. DONAHUE

DECLARATION OF NO OBJECTION - 1

00403442.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-3519

Case 08-45120-PHB    Doc 37    Filed 12/31/08    Ent. 12/31/08 11:27:02    Pg. 1 of 1