The Honorable Philip H. Brandt
Chapter 7
Hearing Date: January 6, 2009
Hearing Time: 9:30 a.m.
Response Date: December 30, 2008
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 08-45120-PHB |
|---|---|
| PETER A. JACOBSON and MARIA E. JACOBSON, | ORDER GRANTING MOTION TO VACATE ORDER WAIVING FILING FEE |
| Debtors. | |

**THIS MATTER** having come on regularly for hearing upon the Chapter 7 Trustee's Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing Fee, and the Court having reviewed the records and files herein, finds that adequate and proper notice was provided, that no objections were filed and that cause exists to grant the relief requested, and having so found, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Court's previous order of November 6, 2008, granting the waiver of Debtors' filing fee is hereby vacated; it is further

**ORDERED, ADJUDGED AND DECREED** that Debtors shall pay the filing fee of $299.00 on or before February 6, 2009; it is further

**ORDERED, ADJUDGED AND DECREED** that until the filing fee is paid in full, Debtors shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

DATED this _____ day of January, 2009.

UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING MOTION TO VACATE
ORDER WAIVING FILING FEE - 1

00403441.DOC/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Presented by:

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

ORDER GRANTING MOTION TO VACATE
ORDER WAIVING FILING FEE - 2

00403441.DOC/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519