The Honorable Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

PETER A. JACOBSON and MARIA E. JACOBSON,

Debtors.

NO. 08-45120-PHB

*EX PARTE* ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL

**THIS MATTER** having come on before the Court upon the *Ex Parte* Application to Employ Special Counsel for the Chapter 7 Trustee and the Court having reviewed the records and files herein including said Application and the Declaration of Disinterest by Daniel L. Hannula in support thereof, it appearing that Daniel L. Hannula and Rush, Hannula, Harkins & Kyler, LLP do not hold an interest adverse to the estate, to the Debtors or to the Chapter 7 Trustee and that Daniel L. Hannula and Rush, Hannula, Harkins & Kyler, LLP are disinterested parties for purposes of said employment and the employment is in the best interest of the estate, and having so found, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Terrence J. Donahue, Chapter 7 Trustee, is authorized to employ Daniel L. Hannula and Rush, Hannula, Harkins & Kyler, LLP as attorneys for the Trustee to represent the Trustee in the general administration of a personal injury claim on behalf of Debtors in this bankruptcy proceeding pursuant to the rates provided in the Application and subject to further notice, hearing and order of the Court.

DATED this _____ day of December, 2008.

/s/ Philip H. Brandt
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

JUDGE

*EX PARTE* ORDER APPROVING APPLICATION TO
EMPLOY SPECIAL COUNSEL - 1

00402206.DOC

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

1 | Presented by:
2 |
3 | By: /s/ Terrence J. Donahue
  | Terrence J. Donahue, WSBA #15193
4 | Chapter 7 Trustee
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

*EX PARTE* ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL - 2

00402206.DOC

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519