Form ntcff (01/2006)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

    Peter A Jacobson and Maria E Jacobson

Debtor(s).

Case Number: 08−45120−PHB
Chapter: 7

## NOTICE OF FILING FEE INSTALLMENT PAYMENTS

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the final installment payment on your filing fee is due by **February 6, 2009** OR THIS CASE WILL BE DISMISSED.

YOU WILL NOT receive any further notices from the office of the clerk on payment due.

- [x] $299.00 Chapter 7 Filing Fee
- [ ] $239.00 Chapter 12 Filing Fee
- [ ] $1039.00 Chapter 11 Filing Fee

YOUR PAYMENTS should be mailed to the following address:

U.S. Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Questions regarding your payments should be directed to the Finance Department at (206) 370−5221.

YOU ARE REQUIRED to inform the Court in writing of any change of address.

Dated: December 31, 2008

    Mark L. Hatcher
    Clerk of the Bankruptcy Court

    By: /s/ Paul Beushausen
    Deputy Clerk

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: paulb              Page 1 of 1              Date Rcvd: Dec 31, 2008
Case: 08-45120                Form ID: ntcff           Total Served: 2

The following entities were served by first class mail on Jan 02, 2009.
db          +Peter A Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
jdb         +Maria E Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Daniel L Hannula,    Rush Hannula Harkins & Kyler LLP
aty          Rush Hannula Harkins & Kyler LLP
                                                                                      TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009**                     Signature:    *Joseph Speetjens*