The Honorable Philip H. Brandt
Chapter 7
Hearing Date: January 6, 2009
Hearing Time: 9:30 a.m.
Response Date: December 30, 2008
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>Debtors. | NO. 08-45120-PHB<br><br>ORDER GRANTING MOTION TO VACATE ORDER WAIVING FILING FEE |

**THIS MATTER** having come on regularly for hearing upon the Chapter 7 Trustee's Objection to In Forma Pauperis Application and Motion to Vacate Order Waiving Filing Fee, and the Court having reviewed the records and files herein, finds that adequate and proper notice was provided, that no objections were filed and that cause exists to grant the relief requested, and having so found, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Court's previous order of November 6, 2008, granting the waiver of Debtors' filing fee is hereby vacated; it is further

**ORDERED, ADJUDGED AND DECREED** that Debtors shall pay the filing fee of $299.00 on or before February 6, 2009; it is further

**ORDERED, ADJUDGED AND DECREED** that until the filing fee is paid in full, Debtors shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

DATED this _____ day of January, 2009.

Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING MOTION TO VACATE
ORDER WAIVING FILING FEE - 1

00403441.DOC/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Presented by:

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

ORDER GRANTING MOTION TO VACATE
ORDER WAIVING FILING FEE - 2

00403441.DOC/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: paulb           Page 1 of 1            Date Rcvd: Dec 31, 2008
Case: 08-45120                Form ID: pdf4         Total Served: 2

The following entities were served by first class mail on Jan 02, 2009.
db           +Peter A Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
jdb          +Maria E Jacobson,    4207 Kootnai Street West,    University Place, WA 98466-6632
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009**                        **Signature:** _Joseph Speetjens_