B6C (Official Form 6C) (12/07)

In re **Peter A Jacobson,**  
     **Maria E Jacobson**

Case No. **08-45120**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
■ 11 U.S.C. §522(b)(2)  
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Car Accident of April 2006. Attorney is Dan Hannula, 383-5388 | 11 U.S.C. § 522(d)(11)(D) | 20,200.00 | 25,000.00 |
| | Total: | 20,200.00 | 25,000.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy