The Honorable Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>Debtors. | NO. 08-45120-PHB<br><br>TRUSTEE'S OBJECTION TO *AMENDED* EXEMPTIONS |

**COMES NOW** Trustee, Terrence J. Donahue, and objects to the *amended* exemptions filed by Debtors.

Debtors have elected to exempt a personal injury claim pursuant to 11 U.S.C. § 522(d)(11)(D) and/or (d)(11)(E) and Trustee objects to the exemption(s) as follows:

1. Under § 522(d)(11)(D) insofar as any recovery includes any components besides actual bodily injury, as described in the Bankruptcy Code or supporting case law, or to the extent that Debtor(s) claim of exemption has exceeded the amount allowed thereunder; and

2. Under § 522(d)(11)(E) insofar as any recovery may exceed what would be reasonably necessary for the support of Debtors or dependents of Debtors, or for any amount which do not represent "a payment in compensation of loss of future earnings"; and

3. Trustee objects to any exemption for the personal injury claim of Debtors because at this time there is insufficient information either in the schedules, or information provided by Debtors or their personal injury attorney to make a determination as to their entitlement to this exemption.

DATED this 28th day of January, 2009.

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

TRUSTEE'S OBJECTION TO *AMENDED* EXEMPTIONS - 1

00405450.DOC

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519