The Honorable Philip H. Brandt<br>Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 08-45120-PHB |
|---|---|
| PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>               Debtors. | DECLARATION OF MAILING |

I, Gina A. Brunaugh, declare as follows:

I am a legal assistant with the law firm of Eisenhower & Carlson, PLLC and am competent to be a witness herein.

On January 28, 2009, I mailed the Trustee's Objection to *Amended* Exemptions in the above-entitled matter via first-class mail, postage prepaid as follows:

> Peter A. and Maria E. Jacobson  
> 4207 Kootnai Street West  
> University Place, WA  98466
>
> Kenneth E. Rossback  
> Attorney at Law  
> 3219 - 6th Avenue  
> Tacoma, WA  98406-5901

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated at Tacoma, Washington this 28th day of January, 2009.

/s/ Gina A. Brunaugh<br>Gina A. Brunaugh

DECLARATION OF MAILING - 1

00405451.DOC/10304/

TERRENCE J. DONAHUE  
Chapter 7 Trustee  
1201 Pacific Avenue, Ste. 1200  
Tacoma, WA  98402  
(253) 620-2519