UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

PETER A. JACOBSON and
MARIA E. JACOBSON,

    Debtors.

No. 08-45120

**ORDER DENYING RELIEF FROM STAY**

The motion of UBS AG, as servicing agent for ACT Properties, LLC, for relief from the automatic stay of 11 U.S.C. 362 to enforce a deed of trust on the Debtors' residence in Tacoma, Washington, is, for the reasons stated in the Decision on Relief from Stay, filed herewith, **DENIED**.

*/// - END OF ORDER - ///*

Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

(08-45120 - Peter A. Jacobson and Maria E. Jacobson)
ORDER DENYING RELIEF FROM STAY - 1 of 2

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED COPIES OF
THE FOREGOING AND THE
DECISION ON RELIEF FROM STAY
(VIA U.S. MAIL, FACSIMILE,
OR ELECTRONICALLY) ON:

| | |
|---|---|
| Kenneth E. Rossback<br>Email: ken@rossbacklaw.com<br>(Peter A. Jacobson) | Terrence J. Donahue<br>Trustee<br>Served via ECF |
| US Trustee<br>Served via ECF | Peter A. Jacobson<br>4207 Kootnai Street West<br>University Place, WA 98466 |
| Maria E. Jacobson<br>4207 Kootnai Street West<br>University Place, WA 98466 | David E. McAllister<br>Email: ecfwawb@piteduncan.com |
| Daniel L. Hannula<br>Rush, Hannula, Harkins & Kyler, LLP<br>4701 S. 19th St, Suite 300<br>Tacoma, WA 98405 | Rush, Hannula, Harkins & Kyler, LLP<br>4701 S. 19th St, Suite 300<br>Tacoma, WA 98405 |
| Wanda JR Nuxoll<br>Email: wnuxoll@wrnlaw.com | |

DATE: March 6, 2009

BY: /s/ Juanita C. Kandi

(08-45120 - Peter A. Jacobson and Maria E. Jacobson)
ORDER DENYING RELIEF FROM STAY - 2 of 2