UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Chapter 13 |
|---|---|
| PETER A. JACOBSON and<br>MARIA E. JACOBSON,<br><br>　　　　　Debtors. | No. 08-45120<br><br>**NOTICE OF MINOR CLERICAL CHANGES** |

　　　The Decision on Relief from Stay entered 6 March 2009 (docket no. 48) is corrected where indicated as follows:

　　　1:8　　　new footnote 1 regarding these changes added, and original footnotes renumbered;

　　　4:1　　　"banks" capitalized;

　　　4:12　　changed to read: ". . . that UBS (or UBS AG . . .";

　　　6:5　　　"he" changed to "the party";

　　　6:6　　　"cause" changed to "case";

　　　6:7　　　ellipses inserted after "therein";

　　　9:1　　　second "that" changed to "the" and

　　　9:11　　"a" inserted before "beneficial interest".

　　　These corrections are not an amendment of the Decision on Relief from Stay and do not alter its substance or affect the date of its entry.

　　　*///  - END OF NOTICE -  ///*

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ PHBrandt
　　　　　　　　　　　　　　　　　　　　　　　　Philip H. Brandt
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　　(Dated as of "Entered on Docket" date above)

(08-45120-Peter A. Jacobson and Maria E. Jacobson)
NOTICE OF MINOR CLERICAL CHANGES - 1 of 2

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED COPIES OF
THE FOREGOING AND THE
DECISION ON RELIEF FROM STAY
(VIA U.S. MAIL, FACSIMILE,
OR ELECTRONICALLY) ON:

| | |
|---|---|
| Kenneth E. Rossback<br>Email: ken@rossbacklaw.com<br>(Peter A. Jacobson) | Terrence J. Donahue<br>Trustee<br>Served via ECF |
| US Trustee<br>Served via ECF | Peter A. Jacobson<br>4207 Kootnai Street West<br>University Place, WA 98466 |
| Maria E. Jacobson<br>4207 Kootnai Street West<br>University Place, WA 98466 | David E. McAllister<br>Email: ecfwawb@piteduncan.com |
| Daniel L. Hannula<br>Rush, Hannula, Harkins & Kyler, LLP<br>4701 S. 19th St, Suite 300<br>Tacoma, WA 98405 | Rush, Hannula, Harkins & Kyler, LLP<br>4701 S. 19th St, Suite 300<br>Tacoma, WA 98405 |
| Wanda JR Nuxoll<br>Email: wnuxoll@wrnlaw.com | |

DATE:   March 10, 2009

BY:    /s/ Juanita C. Kandi

(08-45120-Peter A. Jacobson and Maria E. Jacobson)
NOTICE OF MINOR CLERICAL CHANGES - 2 of 2