**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

Philip H. Brandt
U.S. Bankruptcy Judge

United States Courthouse
700 Stewart Street
Suite 8135
Seattle, Washington 98101-1271
206 370 5320
www.wawb.uscourts.gov

10 March 2009

Lexis/Nexis
Source Acquisition
8891 Gander Creek Dr
P.O. Box 8809
Dayton, OH 45401

LRP Publications
Department 240F
360 Hiatt Drive
Palm Beach Gardens, FL 33418

West Publishing Company
Editorial Department
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164-9915

Bloomberg
Attn: Data Law Collections Group
100 Business Park Drive
P.O. Box 888
Princeton, NJ 08542-9877

Re: In re Peter A. Jacobson and Maria E. Jacobson
Bankruptcy No. 08-45120
U.S. Bankruptcy Court, Western District of Washington

Dear Publishers:

Enclosed for publication are copies of Judge Brandt's Decision on Relief from Stay as modified on 10 March 2009 with minor clerical changes. The original Decision was filed 6 March 2009. Please publish this version of Judge Brandt's Decision.

<u>Counsel</u>:

for Debtors
Peter A. Jacobson and
Maria E. Jacobson

Kenneth E. Rossback
Attorney at Law
3219 6th Ave
Tacoma, WA 98406-5901

for creditor
UBS AG

David A. McAllister
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92117-0933

Chapter 7 Trustee

Terrence J. Donahue
1201 Pacific Ave #1200
Tacoma, WA 98402

Very truly yours,

/s/ Juanita C. Kandi

Juanita C. Kandi
Judicial Assistant to
Hon. Philip H. Brandt

```
Lexis/Nexis
West Publishing Co.
LRP Publications
Bloomberg
Page 2
(08-45120 - Jacobson)
10 March 2009
```

Enclosure

<u>Advance Copies Sent via Email</u>:
    Lexis/Nexis
        Email:  Source.Acquisition@lexisnexis.com
    LRP Publications
        Email:  jfraracci@lrp.com
    West Publishing Company
        Email: bankwawd@westdcs.west.thomson.com