| | |
|---|---|
| | The Honorable Philip H. Brandt |
| | Chapter 7 |
| | Hearing Date: June 3, 2009 |
| | Hearing Time: 9:30 a.m. |
| | Response Date: May 27, 2009 |
| | Hearing Location: Tacoma, WA |

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>       Debtors. | No. 08-45120-PHB<br><br>NOTICE OF MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION TO TRUSTEED PLANS SERVICE CORPORATION<br>**[CLERK'S ACTION REQUIRED]** |

**TO :** Peter and Maria Jacobson, Debtors
**AND TO:** Kenneth E. Rossback, Attorney for Debtors
**AND TO:** Office of the United States Trustee
**AND TO:** All Creditors and Parties in Interest
**AND TO:** Clerk of the Court

  **YOU AND EACH OF YOU** are hereby given notice that Terrence J. Donahue, Chapter 7 Trustee, has moved the Court to approve settlement of Maria Jacobson's personal injury claim in the amount of $125,000.00 and to pay from the proceeds thereof Trustee's special counsel's fees on a contingency fee of one-third for $41,666.66, plus actual costs of $1,090.06 and subrogation to Trusteed Plans Service Corporation in the amount of $27,299.82. Trustee feels that the settlement is reasonable and in the best interest of the estate and avoids the costs and uncertainty of further litigation.

  **The hearing on this Motion will be heard on the 3rd day of June, 2009, at 9:30 a.m. in the United States Bankruptcy Court, 1717 Pacific Avenue, Courtroom I, Tacoma, Washington, and the clerk is requested to note the Motion on the Motion calendar for that date.**

  **YOU ARE NOTIFIED that any objection to the above-referenced Motion must set forth the grounds for such an objection, must be filed with the Clerk of the United States Bankruptcy Court, 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402, and must be served on the undersigned no later than May 27, 2009.**

  In the absence of an objection, the Court will be requested to grant the relief as requested therein.

  A complete copy of the full Motion may be obtained by written request from Terrence J. Donahue and also available for review at the office of the Clerk of the United States Bankruptcy Court, or can be obtained through Pacer at the Court's website.

  DATED this 8th day of May, 2009.

                  By: /s/ Terrence J. Donahue
                     Terrence J. Donahue, WSBA #15193
                     Chapter 7 Trustee

NOTICE OF MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION TO TRUSTEED PLANS SERVICE CORPORATION - 1

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

00413903.DOC/10304/

Case 08-45120-PHB Doc 55 Filed 05/08/09 Ent. 05/08/09 14:01:41 Pg. 1 of 1