|  | The Honorable Philip H. Brandt |
|---|---|
| 1 | Chapter 7 |
| 2 | Hearing Date: June 3, 2009 |
|  | Hearing Time: 9:30 a.m. |
| 3 | Response Date: May 27, 2009 |
|  | Hearing Location: Tacoma, WA |

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

PETER A. JACOBSON and MARIA E. JACOBSON,

Debtors.

No. 08-45120-PHB

NOTICE OF MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION TO TRUSTEED PLANS SERVICE CORPORATION
**[CLERK'S ACTION REQUIRED]**

**TO      :**   Peter and Maria Jacobson, Debtors
**AND TO:**   Kenneth E. Rossback, Attorney for Debtors
**AND TO:**   Office of the United States Trustee
**AND TO:**   All Creditors and Parties in Interest
**AND TO:**   Clerk of the Court

**YOU AND EACH OF YOU** are hereby given notice that Terrence J. Donahue, Chapter 7 Trustee, has moved the Court to approve settlement of Maria Jacobson's personal injury claim in the amount of $125,000.00 and to pay from the proceeds thereof Trustee's special counsel's fees on a contingency fee of one-third for $41,666.66, plus actual costs of $1,090.06 and subrogation to Trusteed Plans Service Corporation in the amount of $27,299.82. Trustee feels that the settlement is reasonable and in the best interest of the estate and avoids the costs and uncertainty of further litigation.

**The hearing on this Motion will be heard on the 3rd day of June, 2009, at 9:30 a.m. in the United States Bankruptcy Court, 1717 Pacific Avenue, Courtroom I, Tacoma, Washington, and the clerk is requested to note the Motion on the Motion calendar for that date.**

**YOU ARE NOTIFIED that any objection to the above-referenced Motion must set forth the grounds for such an objection, must be filed with the Clerk of the United States Bankruptcy Court, 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402, and must be served on the undersigned no later than May 27, 2009.**

In the absence of an objection, the Court will be requested to grant the relief as requested therein.

A complete copy of the full Motion may be obtained by written request from Terrence J. Donahue and also available for review at the office of the Clerk of the United States Bankruptcy Court, or can be obtained through Pacer at the Court's website.

DATED this 8th day of May, 2009.

By:   /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

| NOTICE OF MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION TO TRUSTEED PLANS SERVICE CORPORATION - 1 | TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519 |
|---|---|

00413903.DOC/10304/

# CERTIFICATE OF NOTICE

The following entities were served by first class mail on May 10, 2009.
```
db/jdb      +Peter A Jacobson,   Maria E Jacobson,    4207 Kootnai Street West,
             University Place, WA 98466-6632
sr          +UBS AG, as servicing agent for ACT Properties LLC,   Pite Duncan, LLP,   c/o David E. McAllister,
             4375 Jutland Dr  # 200,    San Diego, CA 92117-3600
951375993   +1ST SECURITY BANK,    6920 220TH STREET SW,    MOUNTLAKE TERRACE, WA 98043-2177
951375995    ACADEMY COLLECTIONS SERV, INC.,    PO BOX 21089,    PHILADELPHIA, PA 19114-0589
951375996   +BANK OF AMERICA,    POB 17054,    WILMINGTON, DE 19884-0001
951375999   +BAY AREA CREDIT SERVIC,    97 E BROKAW RD STE 240,    SAN JOSE, CA 95112-4209
951376000    BK OF AMER,    4060 OGLETOWN/STAN,    NEWARK, DE 19713
951346851    Bank of America,    1000 Samoset Dr.,    Wilmington, DE 19884-2211
951346853   +Bon-Macys SAB,    1345 S 52 ST,    Tempe AR 85281-6970
951518314   +CACH, LLC,    4340 S. MONACO STREET 2ND FLOOR,    DENVER, CO 80237-3408
951478228   +CACV of Colorado LLC,    c/o Suttell & Associates,    1450 114th Ave SE  #240,
             Bellevue WA 98004-6934
951376020   +CAPITOL ONE SERVICES,    COLUMBIA B&T GEORGIA VIS,    1125 1ST AVE,    COLUMBUS, GA 31901-2403
951376022   +CB&T,    POB 84050,    COLUMBUS, GA 31908-4050
951376023    CCITY/CBSD,    P O BOX 8002,    GRAY, TN 37615-0002
951376024    CHASE,    BANK ONE CARD SERV,    WESTERVILLE, OH 43081
951376025   +CHASE/BANK ONE CARD SERVICES,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
951376019  ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACH LLC,    370 17TH STREET,    DENVER, CO 80202)
951376026    CRD PRT ASSO,    ONE GALLERIA TOWER,    DALLAS, TX 75240
951346855   +Capitol One Services,    POB 30281,    Salt Lake City, Ut 84130-0281
951346858    Columbia Customer Service,    POB 2036,    Tacoma, WA 98401-2036
951346860    Columbus B&T Georgia VIS,    1125 1st Ave,    Columbus, GA 31901
951467382   +Columbus Bank & Trust,    P. O. Box 120,    Columbus, GA 31902-0120
951346861   +Credit Protection,    POB 802068,    Dallas, TX 75380-2068
951376027   +EVERGREEN PRO RECOVE,    12100 NE 195TH ST #180,    BOTHELL, WA 98011-5762
951376029   +EVERGRN PROF,    P.O. BOX 666,    BOTHELL, WA 98041-0666
951346863    First Financial Asst MG,    2800 N 4th St Suite 310,    Phoenix, AR 85008
951376031    GOTTSCHALKS,    7 PARK RIVER PLACE,    FRESNO, CA 93720
951346866  ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
             (address filed with court: Guarantee Bank,    4000 W. Brown Deer Rd.,    Brown Deer, WI 53209)
951346865    Gottschalks,    POB 28920,    Fresno, CA 93729-8920
951376032   +HRSUSA/COMPUSA,    301 N WALNUT ST,    WILMINGTON, DE 19801-3974
951346867   +HSB Comp USA,    POB 15521,    Wilmington, DE 19850-5521
951376033   +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
951346868   +HSBC NV,    POB 19360,    Portland OR 97280-0360
951346869    Key Bank NA,    POB 94518,    Cleveland, OH 44101-4518
951376034   +LEASECOMM,    950 WINTER ST,    WALTHAM, MA 02451-1424
951376037   +MACYS/FDSB,    9111 DUKE BLVD,    MASON, OH 45040-8999
951346870   +Merchants Credit & Coll,    POB 7416,    Bellevue, WA 98008-1416
951376038   +Merchants Credit Association,    PO Box 7416,    Bellevue, WA 98008-1416
951496215   +Mountain Mist Water Company,    c/o Evergreen Professional Recoveries In,    PO Box 666,
             Bothell WA 98041-0666
951346871    Norwest Finance,    4020 S. Steele St.,    Tacoma, WA 98409-7351
951376039   +OLYMPIC COLLECTIONS INC,    P.O. BOX 24027,    FEDERAL WAY, WA 98093-1027
951346872    Olympic Collection Inc.,    33710 9th Ave S, Ste 104,    Federal Way, WA 98003-6734
951346874   +Pierce Supr Crt-Tacoma,    930 Tacoma Ave S,    Tacoma, WA 98402-2105
951376873   +Pierce Supr Crt-Tacoma,    930 Tacoma Ave.,    Tacoma, WA 98402-2105
951346876    Puget Sound Collections,    POB 66995,    Tacoma, WA 98464-6995
951376043   +SAGRES CO,    10350 SCIENCE CT  #100,    SAN DIEGO, CA 92121-1133
951376045   +SEARS / CBSD #56311278057,    8725 W. SAHARA AVE,    MC02-02-03,    THE LAKES, NV 89163-0001
951496218   +Samy Salama MD,    c/o Evergreen Professional Recoveries In,    PO Box 666,    Bothell WA 98041-0666
951346878   +Sears/CBSD,    8725 W. Sahara Ave.,    MC02-02-03,    The Lakes, NV 89163-0001
951376046    TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON,    PHILADELPHIA, PA 19154-1207
951346879   +The Sagres Company,    10350 Science Ct, STE 100,    San Diego, CA 92121-1133
951346880   +Traveler's Acceptance,    2701 Loker Ave W,    Carlsbad, CA 92010-6638
951346847    UBS,    POB 50220,    Irvine, CA 92619-0220
951376047   +UNIFUND,    11802 CONREY RD,    CINCINNATI, OH 45249-1074
951376048   +UNIFUND CO,    10751 MONTGOMERY ROAD,    CINCINNATI, OH 45242-3256
951346881    Unifund CCR Partners,    10625 Techwood Cir,    Cincinnati, OH 45242-2846
951376050   +WELLSRECOVER,    1250 MONTEGO,    WALNUT CREEK, CA 94598-2820
951376051   +WFFINANCIAL,    4020 S STEELE ST,    TACOMA, WA 98409-7351
951346882    Weisfield Jewelers,    375 Ghent Rd.,    Fairlawn, OH 44333-4601
951346883    Wells Fargo Bank,    POB 30095,    Walnut Creek, CA 94598-9095
951346848   +1st Security Bank,    6920 220th St. SW, Suite 300,    Mountlake Terrace, WA 98043-2172
```

The following entities were served by electronic transmission on May 09, 2009.
```
951375994   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             AAC,
             PO BOX 2036 28405 VAN DYKE RD,    WARREN, MI 48090-2036
951346849   +E-mail/PDF: recoverybankruptcy@afninet.com May 09 2009 08:12:51      AFNI,   POB 3427,
             Bloomington, IL 61702-3427
951346850    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance Corp,
             POB 2036,    Warren Ml 48090-2036
951346857   +E-mail/PDF: gecsedi@recoverycorp.com May 09 2009 08:09:54      Chevron Credit Bank NA,   POB 5010,
             Concord, CA 94524-0010
951376030   +E-mail/PDF: gecsedi@recoverycorp.com May 09 2009 08:09:58      GEMB/MERVYNS,   PO BOX 981400,
             EL PASO, TX 79998-1400
951346864   +E-mail/PDF: gecsedi@recoverycorp.com May 09 2009 08:09:57      GEMBJCP,   POB 981402,
             El Paso, TX 79998-1402
951376035   +E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV FUNDING LLC,
             PO BOX 740281,    HOUSTON, TX 77274-0281
```

```
The following entities were served by electronic transmission (continued)
951376036    +E-mail/Text: resurgentbknotifications@resurgent.com                    LVNVFUNDG,
              PO BOX 10584,   GREENVILLE, SC 29603-0584
951376042    +E-mail/Text: ebn@phinsolutions.com                    RJM ACQ LLC,    575 UNDERHILL BLVD,
              SYOSSET, NY 11791-3426
951346875    +E-mail/Text: ebn@phinsolutions.com                    RJM Acquisitions LLC,
              575 Underhill Blvd,   Syosset, NY 11791-3426
951505102    +E-mail/PDF: rmscedi@recoverycorp.com May 09 2009 08:10:08
              Recovery Management Systems Corporation,   For GE Money Bank,    dba CHEVRON TEXACO PLCC,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
951453944    +E-mail/PDF: rmscedi@recoverycorp.com May 09 2009 08:10:13
              Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of MERVYN'S,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
951575173    +E-mail/PDF: rmscedi@recoverycorp.com May 09 2009 08:10:07
              Recovery Management Systems Corporation,   For Capital Recovery II,
              As Assignee of Sears - Citi-Sears,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
951376049    +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 09 2009 08:12:33     VERIZON,
              10734 INTERNATIONAL DRIVE,   RANCHO CORDOVA, CA 95670-7359
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp           Daniel L Hannula
sp           Rush, Hannula & Harkins
951346852*    Bank of America,   1000 Samoset Dr.,   Wilmington, DE 19884-2211
951346854*   +Bon-Macys SAB,   1345 S 52 ST,   Tempe AR 85281-6970
951346856*   +Capitol One Services,   POB 30281,   Salt Lake City, UT 84130-0281
951346859*    Columbia Customer Service,   POB 2036,   Tacoma, WA 98401-2036
951346862*   +Credit Protection,   POB 802068,   Dallas, TX 75380-2068
951346877*    Puget Sound Collections,   POB 66995,   Tacoma, WA 98464-6995
                                                                                           TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2009**          **Signature:**          *Joseph Speetjens*