The Honorable Philip H. Brandt
Chapter 7
Hearing Date: June 3, 2009
Hearing Time: 9:30 a.m.
Response Date: May 27, 2009
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>Debtors. | NO. 08-45120-PHB<br><br>DECLARATION OF NO OBJECTION |

**I, TERRENCE J. DONAHUE,** make this declaration on my own knowledge:

I am the Chapter 7 Trustee in the above-entitled estate.

The Notice of Motion to Approve Settlement of Personal Injury Claim and to Approve Payment of Special Counsel's Fees and Costs and Subrogation to Trusteed Plans Service Corporation was mailed to the Master Mailing Matrix on May 10, 2009, pursuant to the BNC's Certificate of Notice on file herein. To date, I have received no objections written or otherwise.

The Notice provided that any objection to the Motion must be filed with a copy to the undersigned by May 27, 2009.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 28th day of May, 2009.

By: /s/ Terrence J. Donahue
TERRENCE J. DONAHUE

DECLARATION OF NO OBJECTION - 1

00415514.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-3519

Case 08-45120-PHB    Doc 57    Filed 05/29/09    Ent. 05/29/09 14:47:13    Pg. 1 of 1