The Honorable Philip H. Brandt
Chapter 7
Hearing Date: June 3, 2009
Hearing Time: 9:30 a.m.
Response Date: May 27, 2009
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 08-45120-PHB |
|---|---|
| PETER A. JACOBSON and MARIA E. JACOBSON,<br><br>Debtors. | ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM AND TO APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS AND SUBROGATION TO TRUSTEED PLANS SERVICE CORPORATION |

**THIS MATTER** having come on regularly for hearing upon the Chapter 7 Trustee's Motion to Approve Settlement of Personal Injury Claim and to Approve Payment of Special Counsel's Fees and Costs and Subrogation to Trusteed Plans Service Corporation *(Docket No. 54)*, and the Court having reviewed the records and files herein, including said Motion, finds that adequate and proper notice was provided, that cause exists to grant the relief requested and that the settlement offer for Maria E. Jacobson of $125,000.00 is reasonable in light of the pending litigation and is in the best interest of the estate, and having so found, it is hereby

**ORDERED**, **ADJUDGED**, **AND DECREED** that the Chapter 7 Trustee's Motion to Approve Settlement of Personal Injury Claim and to Approve Payment of Special Counsel's Fees and Costs and Subrogation to Trusteed Plans Service Corporation is hereby granted and the Trustee is authorized to accept the sum of $125,000.00 in settlement of Maria E. Jacobson's personal injury claim more fully identified therein; and it is further

ORDER GRANTING MOTION TO APPROVE SETTLEMENT
OF PERSONAL INJURY CLAIM AND TO APPROVE
PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS
AND SUBROGATION TO TRUSTEED PLANS SERVICE
CORPORATION- 1

00415516.DOC

Case 08-45120-PHB    Doc 59    Filed 06/02/09    Ent. 06/02/09 08:12:44    Pg. 1 of 2

| | |
|---|---|
| 1 | |
| 2 | **ORDERED, ADJUDGED AND DECREED** that Trustee is authorized to execute |
| 3 | any releases associated therewith; and it is further |
| 4 | **ORDERED, ADJUDGED AND DECREED** that Trustee is authorized to pay to |
| 5 | Rush, Hannula, Harkins & Kyler, LLP its contingency fee of $41,666.66 and costs of |
| 6 | $1,090.06; and it is further |
| 7 | **ORDERED, ADJUDGED AND DECREED** that Trustee is authorized to pay to |
| 8 | Trusteed Plans Service Corporation its subrogation lien in the amount of $27,299.82; and it is |
| 9 | further |
| 10 | **ORDERED, ADJUDGED AND DECREED** that the balance of the settlement |
| 11 | proceeds in the amount of $54,943.46 is to be held by Trustee for administration in this |
| 12 | bankruptcy estate pending further court order. |
| 13 | DATED this _____ day of June, 2009. |

_____
UNITED STATES BANKRUPTCY JUDGE

Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

By: /s/ Terrence J. Donahue
    Terrence J. Donahue, WSBA #15193
    Chapter 7 Trustee

ORDER GRANTING MOTION TO APPROVE SETTLEMENT
OF PERSONAL INJURY CLAIM AND TO APPROVE
PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS
AND SUBROGATION TO TRUSTEED PLANS SERVICE
CORPORATION - 2

00415516.DOC