Judge: Philip H. Brandt
Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:  )
    )  Case No. 08-45120
PETER and MARIA JACOBSON,  )
    )  DECLARATION OF MAILING
    )
    )
    Debtor(s).  )
    )

    . I do hereby declare that I am the undersigned, that I am over the age of 18 years and that On July 15, 2009 I did place in the mails of the United States of America, first class postage pre-paid, a copy of the Notice of Hearing and Motion to Avoid Liens of CACV along with a copy of the proposed order thereof, which were filed with the above-named court on July 14, 2009, to be mailed to all parties on the list which is attached hereto.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT.

Dated 21st day of July, 2009 at Tacoma, Washington.

        /s/ Edward L Rossback
        Edward L. Rossback

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
DECLARATION OF MAILING    Fax No. 253-752-6900

**Creditor:**

CACV of Colorado, LLC
ATTN: Managing Officer
c/o Suttel and Associates
1450 114th Ave, Suite 240
Bellevue, WA 98004

**Creditor:**

CACV of Colorado, LLC
ATTN Karen Hammer, Esq
c/o Suttel and Associates
1450 114th Ave, Suite 240
Bellevue, WA 98004

**Debtors:**

Peter and Maria Jacobson
4207 Kootnai Street West
University Place, WA 98466

**U.S. Trustee**
700 Stewart Street, Ste 5103
Seattle, WA 98101

**Chapter 7 Trustee**

Terrance J. Donahue, Esq
1201 Pacific Ave, #1200
Tacoma, WA 98402

DECLARATION OF MAILING

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

**Special Requests:**

UBS AG
c/o Pite Duncan LLP
c/o David McAllister, Esq
4375 Jutland Dr, #200
San Diego, CA 92117

Daniel L. Hannula, Esq
Special Counsel
Rush, Hannula, and Harkins
4701 S. 19th Street, Ste 300
Tacoma, WA 984

DECLARATION OF MAILING

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900