Certificate Number: 12433-WAW-DE-006043210

Bankruptcy Case Number: 08-45120

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 3, 2009, at 8:19 o'clock PM PST, Peter Jacobson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: February 4, 2009    By    /s/Laura Gannon

                          Name  Laura Gannon

                          Title Teacher