Certificate Number: 12433-WAW-DE-006043207

Bankruptcy Case Number: 08-45120

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 3, 2009, at 8:35 o'clock PM PST, Maria Jacobson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: February 4, 2009   By   /s/Laura Gannon

Name   Laura Gannon

Title   Teacher