Judge: Philip H. Brandt
Chapter 7
Hearing Location: Courtroom I
Hearing Date: August 19, 2009
Hearing Time: 9:30 a.m.
Response Date: August 12, 2009

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re: )
) Case No. 08-45120
PETER and MARIA JACOBSON, )
) DECLARATION OF NO OBJECTIONS
)
)
Debtor(s). )
)

COMES NOW KENNETH E. ROSSBACK, attorney of record for the above-named debtors, and declares as follows:

Neither I nor any personnel in employed in my office has received any objection the Debtors' Motion to Avoid Liens of CACV, which was filed with the above-named court on July 14, 2009. To the best of my knowledge, no objection has been filed with said court on or before the above-given response date.

I DELCARE UNDER PENALTY OF PURJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DOCUMENT IS TRUE AND CORRECT.

Signed the 13th day of August, 2009 at Tacoma, Washington.

*/s/ Kenneth E. Rossback*
Kenneth E. Rossback, WSBA #19560
Attorney for the Debtors

DECLARATION OF NO OBJECTION

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900