Judge Philip H. Brandt
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASINGTON
# TACOMA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-45120 |
| | ) | |
| PETER and MARIA JACOBSON, | ) | PROPOSED ORDER SUSTAINING |
| | ) | DEBTOR'S OBJECTION TO CLAIM |
| Debtors. | ) | |
| | ) | |
| | ) | |

THIS MATTER having been heard on the above-stated time and all interested parties being present or in the alternative no responses having been timely filed and served on or before the above-give response deadline and the moving party having filed its Declaration of No Objections, and the above-named court having reviewed the papers and documents filed herein and being otherwise fully-advised in the premises; and it appearing that Claim Numbers 1 and 2, having come about as a result of identity theft by the debtors' son, it is hereby

ORDERED, ADJUDGED, AND DECREED that the debtors' objection to Claim numbers 1 and 2 filed by Recovery Management Systems Corporation and Columbus Bank and Trust are hereby sustained. It is futher

ORDER ON OBJECTION TO CLAIM          **Kenneth E. Rossback**
                                     3219 6th Avenue
                                     Tacoma, WA 98406-5901
                                     Phone No. 253-573-1300
                                     Fax No. 253-752-6900

ORDERED that the above-mentioned claims shall be hereby disallowed.

Dated this _____ day of _____, 2009

_____
Judge Philip H. Brandt
Judge, United States Bankruptcy Court

Presented by:

/s/ Kenneth E. Rossback_____
Kenneth E. Rossback, WSBA #19560
Attorney for Debtors

ORDER ON OBJECTION TO CLAIM     **Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900