B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No. <u>08−45120−PHB</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter A Jacobson                                       Maria E Jacobson
  4207 Kootnai Street West                      4207 Kootnai Street West
  University Place, WA 98466                 University Place, WA 98466

Social Security/Individual Taxpayer ID No.:
  xxx−xx−7545                                           xxx−xx−6855

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **<u>October 7, 2008.</u>** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

                                                                                BY THE COURT

Dated: <u>August 11, 2009</u>                             <u>Philip H. Brandt</u>
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0981-3           User: paulb              Page 1 of 2              Date Rcvd: Aug 11, 2009
Case: 08-45120                 Form ID: b18             Total Noticed: 77
```

The following entities were noticed by first class mail on Aug 13, 2009.
```
db/jdb      +Peter A Jacobson,   Maria E Jacobson,   4207 Kootnai Street West,
             University Place, WA 98466-6632
tr          +Terrence J. Donahue,   1201 Pacific Ave #1200,   Tacoma, WA 98402-4395
sr          +UBS AG, as servicing agent for ACT Properties LLC,   Pite Duncan, LLP,   c/o David E. McAllister,
             4375 Jutland Dr  # 200,   San Diego, CA 92117-3600
951375993   +1ST SECURITY BANK,   6920 220TH STREET SW,   MOUNTLAKE TERRACE, WA 98043-2177
951375995    ACADEMY COLLECTIONS SERV, INC.,   PO BOX 21089,   PHILADELPHIA, PA 19114-0589
951375996   +BANK OF AMERICA,   POB 17054,   WILMINGTON, DE 19884-0001
951375999   +BAY AREA CREDIT SERVIC,   97 E BROKAW RD STE 240,   SAN JOSE, CA 95112-4209
951376000    BK OF AMER,   4060 OGLETOWN/STAN,   NEWARK, DE 19713
951518314   +CACH, LLC,   4340 S. MONACO STREET 2ND FLOOR,   DENVER, CO 80237-3408
951478228   +CACV of Colorado LLC,   c/o Suttell & Associates,   1450 114th Ave SE  #240,
             Bellevue WA 98004-6934
951376020   +CAPITOL ONE SERVICES,   COLUMBIA B&T GEORGIA VIS,   1125 1ST AVE,   COLUMBUS, GA 31901-2403
951376022   +CB&T,   POB 84050,   COLUMBUS, GA 31908-4050
951376023    CCITY/CBSD,   P O BOX 8002,   GRAY, TN 37615-0002
951376024    CHASE,   BANK ONE CARD SERV,   WESTERVILLE, OH 43081
951376019  ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
            (address filed with court: CACH LLC,   370 17TH STREET,   DENVER, CO 80202)
951376026    CRD PRT ASSO,   ONE GALLERIA TOWER,   DALLAS, TX 75240
951346858    Columbia Customer Service,   POB 2036,   Tacoma, WA 98401-2036
951346860    Columbus B&T Georgia VIS,   1125 1st Ave,   Columbus, GA 31901
951467382   +Columbus Bank & Trust,   P. O. Box 120,   Columbus, GA 31902-0120
951376027   +EVERGREEN PRO RECOVE,   12100 NE 195TH ST #180,   BOTHELL, WA 98011-5762
951376029   +EVERGRN PROF,   P.O. BOX 666,   BOTHELL, WA 98041-0666
951346863    First Financial Asst MG,   2800 N 4th St Suite 310,   Phoenix, AR 85008
951376031    GOTTSCHALKS,   7 PARK RIVER PLACE,   FRESNO, CA 93720
951346866  ++GUARANTY BANK,   ATTENTION MALISA GENNRICH,   4000 W BROWN DEER ROAD,   BROWN DEER WI 53209-1221
            (address filed with court: Guarantee Bank,   4000 W. Brown Deer Rd.,   Brown Deer, WI 53209)
951346867   +HSB Comp USA,   POB 15521,   Wilmington, DE 19850-5521
951346869    Key Bank NA,   POB 94518,   Cleveland, OH 44101-4518
951376034   +LEASECOMM,   950 WINTER ST,   WALTHAM, MA 02451-1424
951346870   +Merchants Credit & Coll,   POB 7416,   Bellevue, WA 98008-1416
951376038   +Merchants Credit Association,   PO Box 7416,   Bellevue, WA 98008-1416
951496215   +Mountain Mist Water Company,   c/o Evergreen Professional Recoveries In,   PO Box 666,
             Bothell WA 98041-0666
951346871    Norwest Finance,   4020 S. Steele St.,   Tacoma, WA 98409-7351
951376039   +OLYMPIC COLLECTIONS INC,   P.O. BOX 24027,   FEDERAL WAY, WA 98093-1027
951346872    Olympic Collection Inc.,   33710 9th Ave S, Ste 104,   Federal Way, WA 98003-6734
951346874   +Pierce Supr Crt-Tacoma,   930 Tacoma Ave S,   Tacoma, WA 98402-2105
951346873   +Pierce Supr Crt-Tacoma,   930 Tacoma Ave.,   Tacoma, WA 98402-2105
951346876    Puget Sound Collections,   POB 66995,   Tacoma, WA 98464-6995
951376043   +SAGRES CO,   10350 SCIENCE CT #100,   SAN DIEGO, CA 92121-1133
951376045    SEARS / CBSD #56311278057,   8725 W. SAHARA AVE,   MC02-02-03,   THE LAKES, NV 89163-7802
951496218   +Samy Salama MD,   c/o Evergreen Professional Recoveries In,   PO Box 666,   Bothell WA 98041-0666
951346878    Sears/CBSD,   8725 W. Sahara Ave.,   MC02-02-03,   The Lakes, NV 89163-7802
951376046    TATE & KIRLIN ASSOCIATES,   2810 SOUTHAMPTON,   PHILADELPHIA, PA 19154-1207
951346879   +The Sagres Company,   10350 Science Ct, STE 100,   San Diego, CA 92121-1133
951346880   +Traveler's Acceptance,   2701 Loker Ave W,   Carlsbad, CA 92010-6638
951346847    UBS,   POB 50220,   Irvine, CA 92619-0220
951376047   +UNIFUND,   11802 CONREY RD,   CINCINNATI, OH 45249-1074
951376048   +UNIFUND CO,   10751 MONTGOMERY ROAD,   CINCINNATI, OH 45242-3256
951346881    Unifund CCR Partners,   10625 Techwood Cir,   Cincinnati, OH 45242-2846
951376050   +WELLSRECOVER,   1250 MONTEGO,   WALNUT CREEK, CA 94598-2820
951376051   +WFFINANCIAL,   4020 S STEELE ST,   TACOMA, WA 98409-7351
951346882    Weisfield Jewelers,   375 Ghent Rd.,   Fairlawn, OH 44333-4601
951346883    Wells Fargo Bank,   POB 30095,   Walnut Creek, CA 94598-9095
951346848   +1st Security Bank,   6920 220th St. SW, Suite 300,   Mountlake Terrace, WA 98043-2172
```

The following entities were noticed by electronic transmission on Aug 12, 2009.
```
tr          +EDI: QTJDONAHUE.COM Aug 11 2009 21:23:00      Terrence J. Donahue,   1201 Pacific Ave #1200,
             Tacoma, WA 98402-4395
smg          EDI: WADEPREV.COM Aug 11 2009 21:23:00      State of Washington,   Department of Revenue,
             2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
951375994   +EDI: ACCE.COM Aug 11 2009 21:23:00      AAC,   PO BOX 2036 28405 VAN DYKE RD,
             WARREN, MI 48090-2036
951346849   +EDI: AFNIRECOVERY.COM Aug 11 2009 21:23:00      AFNI,   POB 3427,   Bloomington, IL 61702-3427
951346850    EDI: ACCE.COM Aug 11 2009 21:23:00      Asset Acceptance Corp,   POB 2036,   Warren Ml 48090-2036
951375996   +EDI: BANKAMER2.COM Aug 11 2009 21:13:00      BANK OF AMERICA,   POB 17054,
             WILMINGTON, DE 19884-0001
951346851    EDI: BANKAMER.COM Aug 11 2009 21:13:00      Bank of America,   1000 Samoset Dr.,
             Wilmington, DE 19884-2211
951346853   +EDI: TSYS2.COM Aug 11 2009 21:13:00      Bon-Macys SAB,   1345 S 52 ST,   Tempe AR 85281-6970
951376025   +EDI: CHASE.COM Aug 11 2009 21:23:00      CHASE/BANK ONE CARD SERVICES,   800 BROOKSEDGE BLVD,
             WESTERVILLE, OH 43081-2822
951346855   +EDI: CAPITALONE.COM Aug 11 2009 21:13:00      Capitol One Services,   POB 30281,
             Salt Lake City, Ut 84130-0281
951346857   +EDI: RMSC.COM Aug 11 2009 21:13:00      Chevron Credit Bank NA,   POB 5010,
             Concord, CA 94524-0010
951346861   +EDI: CREDPROT.COM Aug 11 2009 21:13:00      Credit Protection,   POB 802068,
             Dallas, TX 75380-2068
951376030   +EDI: RMSC.COM Aug 11 2009 21:13:00      GEMB/MERVYNS,   PO BOX 981400,   EL PASO, TX 79998-1400
951346864   +EDI: RMSC.COM Aug 11 2009 21:13:00      GEMBJCP,   POB 981402,   El Paso, TX 79998-1402
```

```
The following entities were noticed by electronic transmission (continued)
951346865      EDI: HFC.COM Aug 11 2009 21:13:00      Gottschalks,   POB 28920,   Fresno, CA 93729-8920
951376032     +EDI: HFC.COM Aug 11 2009 21:13:00      HRSUSA/COMPUSA,   301 N WALNUT ST,
               WILMINGTON, DE 19801-3974
951376033     +EDI: HFC.COM Aug 11 2009 21:13:00      HSBC BANK,   PO BOX 5253,   CAROL STREAM, IL 60197-5253
951346868     +EDI: HFC.COM Aug 11 2009 21:13:00      HSBC NV,   POB 19360,   Portland OR 97280-0360
951376035     +EDI: RESURGENT.COM Aug 11 2009 21:23:00      LVNV FUNDING LLC,   PO BOX 740281,
               HOUSTON, TX 77274-0281
951376036     +EDI: RESURGENT.COM Aug 11 2009 21:23:00      LVNVFUNDG,   PO BOX 10584,
               GREENVILLE, SC 29603-0584
951376037     +EDI: TSYS2.COM Aug 11 2009 21:13:00      MACYS/FDSB,   9111 DUKE BLVD,   MASON, OH 45040-8999
951376042     +EDI: PHINRJMA.COM Aug 11 2009 21:23:00      RJM ACQ LLC,   575 UNDERHILL BLVD,
               SYOSSET, NY 11791-3426
951346875     +EDI: PHINRJMA.COM Aug 11 2009 21:23:00      RJM Acquisitions LLC,   575 Underhill Blvd,
               Syosset, NY 11791-3426
951505102     +EDI: RECOVERYCORP.COM Aug 11 2009 21:23:00      Recovery Management Systems Corporation,
               For GE Money Bank,    dba CHEVRON TEXACO PLCC,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
951453944     +EDI: RECOVERYCORP.COM Aug 11 2009 21:23:00      Recovery Management Systems Corporation,
               For Capital Recovery II,   As Assignee of MERVYN'S,    25 SE 2nd Avenue, Suite 1120,
               Miami FL 33131-1605
951575173     +EDI: RECOVERYCORP.COM Aug 11 2009 21:23:00      Recovery Management Systems Corporation,
               For Capital Recovery II,   As Assignee of Sears - Citi-Sears,   25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
951376049     +EDI: AFNIVZWIRE.COM Aug 11 2009 21:23:00      VERIZON,   10734 INTERNATIONAL DRIVE,
               RANCHO CORDOVA, CA 95670-7359
951346883      EDI: WFFC.COM Aug 11 2009 21:23:00      Wells Fargo Bank,   POB 30095,
               Walnut Creek, CA 94598-9095
                                                                                             TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Daniel L Hannula
sp            Rush, Hannula & Harkins
951346852*    Bank of America,   1000 Samoset Dr.,   Wilmington, DE 19884-2211
951346854*   +Bon-Macys SAB,   1345 S 52 ST,   Tempe AR 85281-6970
951346856*   +Capitol One Services,   POB 30281,   Salt Lake City, UT 84130-0281
951346859*    Columbia Customer Service,   POB 2036,   Tacoma, WA 98401-2036
951346862*   +Credit Protection,   POB 802068,   Dallas, TX 75380-2068
951346877*    Puget Sound Collections,   POB 66995,   Tacoma, WA 98464-6995
                                                                                           TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 13, 2009**           **Signature:**       *Joseph Speetjens*