Judge Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASINGTON
TACOMA DIVISION

| | |
|---|---|
| In Re:<br><br>PETER and MARIA JACOBSON,<br><br>Debtors. | Case No. 08-45120<br><br>ORDER SUSTAINING<br>DEBTOR'S OBJECTION TO CLAIM |

THIS MATTER having been heard on the above-stated time and all interested parties being present or in the alternative no responses having been timely filed and served on or before the above-give response deadline and the moving party having filed its Declaration of No Objections, and the above-named court having reviewed the papers and documents filed herein and being otherwise fully-advised in the premises; and it appearing that Claim Numbers 1 and 2, having come about as a result of identity theft by the debtors' son, it is hereby

ORDERED, ADJUDGED, AND DECREED that the debtors' objection to Claim numbers 1 and 2 filed by Recovery Management Systems Corporation and Columbus Bank and Trust are hereby sustained. It is futher

ORDER ON OBJECTION TO CLAIM

Kenneth E. Rossback
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

ORDERED that the above-mentioned claims shall be hereby disallowed.

Dated this _____ day of _____

*[signature]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)
Judge, United States Bankruptcy Court

Presented by:

/s/ Kenneth E. Rossback
Kenneth E. Rossback, WSBA #19560
Attorney for Debtors

| ORDER ON OBJECTION TO CLAIM | **Kenneth E. Rossback** |
|---|---|
| | 3219 6th Avenue |
| | Tacoma, WA 98406-5901 |
| | Phone No. 253-573-1300 |
| | Fax No. 253-752-6900 |