Judge Philip H. Brand
Chapter 7
Hearing Date: August 19, 2009
Time: 9:30 a.m.
Location: Courtroom I
Response Due: August 12, 2009

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: )
) Case No. 08-456120
PETER and MARIA JACOBSON, )
) ORDER APPROVING MOTION TO
) AVOID LIENS OF CACV OF COLORADO,
) LLC.
Debtor(s). )
)

**Motion denied without prejudice. Insufficient service. FRBP 7004; In re Villar, 317 B.R. 88 (9th Cir. BAP 2004).**

2. Dated this _____ day of _____, 2009.

*/s/ PHB*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

The Honorable Philip H. Brandt
U.S. Bankruptcy Judge

Submitted by:

/s/ Kenneth E. Rossback
Kenneth E. Rossback, WSBA #19560
Attorney for Debtor(s)

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

ORDER APPROVING MOTION TO
AVOID LIEN OF CACV OF COLORADO, LLC