**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-45120 |
| PETER and MARIA JACOBSON, ) | |
| ) | DECLARATION OF MAILING |
| ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

.   I do hereby declare that I am the undersigned, that I am over the age of 18 years and that On August 28, 2009 I did place in the mails of the United States of America, first class postage pre-paid, a copy of the Notice of Hearing and Motion to Avoid Liens of CACV along with a copy of the proposed order thereof, which were filed with the above-named court on August 28, 2009, to be mailed to all parties on the list which is attached hereto.  Attached is a print out from the web site of the Secretary of State of Colorado, which gives CACV's current physical address as well as the name and address of CACV's current registered agent.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DECLARATION IS TRUE AND CORRECT.

Dated 28th day of August, 2009  at Tacoma, Washington.

/s/ Edward L Rossback_____
Edward L. Rossback

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
DECLARATION OF MAILING                                                  Fax No. 253-752-6900

**Creditor:**

CACV of Colorado, LLC
ATTN: Managing Officer
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237-3408

**Creditor's Registered Agent:**

The Corporation Company,
ATTN Managing Officer
1675 Broadway, Ste 1200
Denver, CO 80202

**Debtors:**

Peter and Maria Jacobson
4207 Kootnai Street West
University Place, WA 98466

**U.S. Trustee**
700 Stewart Street, Ste 5103
Seattle, WA 98101

**Chapter 7 Trustee**

Terrance J. Donahue, Esq
1201 Pacific Ave, #1200
Tacoma, WA 98402

DECLARATION OF MAILING

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

**Special Requests:**

UBS AG
c/o Pite Duncan LLP
c/o David McAllister, Esq
4375 Jutland Dr, #200
San Diego, CA 92117

Daniel L. Hannula, Esq
Special Counsel
Rush, Hannula, and Harkins
4701 S. 19th Street, Ste 300
Tacoma, WA 98405

DECLARATION OF MAILING

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900



Kenneth E. Rossback  
3219 6th Avenue  
Tacoma, WA 98406-5901  
Phone No. 253-573-1300  
Fax No. 253-752-6900

DECLARATION OF MAILING