The Honorable Philip H. Brandt
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

PETER A. JACOBSON and MARIA E. JACOBSON,

Debtors.

NO. 08-45120-PHB

DECLARATION OF MAILING

I, Gina A. Brunaugh, declare as follows:

I am a paralegal with the law firm of Eisenhower & Carlson, PLLC and am competent to be a witness herein.

On September 4, 2009, I mailed the Notice and Application for Disallowance of Claim No. 3 in the above-entitled matter via first-class mail, postage prepaid as follows:

Peter and Maria Jacobson
4207 Kootnai Street West
University Place, WA 98466

Kenneth E. Rossback
Attorney at Law
3219 - 6th Avenue
Tacoma, WA 98406-5901

CACV of Colorado, LLC
Suttell & Associates
1450 114th Avenue SE, Ste. 240
Bellevue, WA 98004

I declare under the penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated at Tacoma, Washington this 4th day of September, 2009.

/s/ Gina A. Brunaugh
Gina A. Brunaugh

DECLARATION OF MAILING - 1

00424296.DOC/10304/1

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519