Philip H. Brandt

# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON
### TACOMA **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACOBSON, PETER A | § | Case No. 08-45120 PHB |
| JACOBSON, MARIA E | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 10/07/2008 . The undersigned trustee was appointed on 10/07/2008 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized gross receipts of      $      125,076.08

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 42,756.72 |
| Payments to creditors | 27,299.82 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 55,019.54 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was  02/25/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,493.80 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,493.80 , for a total compensation of $ 8,493.80 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 141.70 , for total expenses of $ 141.70 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/17/2009                      By:/s/Terrence J. Donahue
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 08-45120  PHB  Judge: Philip H. Brandt |
| Case Name: | JACOBSON, PETER A |
| | JACOBSON, MARIA E |
| For Period Ending: | 09/17/09 |

| | |
|---|---|
| Trustee Name: | Terrence J. Donahue |
| Date Filed (f) or Converted (c): | 10/07/08 (f) |
| 341(a) Meeting Date: | 11/18/08 |
| Claims Bar Date: | 02/25/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FAMILY HOME LOCATED AT 4207 KOOTNAI STREET W, UNIV | 220,000.00 | 7,000.00 | | 0.00 | FA |
| 2. CASH | 23.00 | 23.00 | | 0.00 | FA |
| 3. COLUMBIA BANK - CHECKING (#8910) - $1703.83 ON 10/ | 2,195.70 | 2,195.70 | | 0.00 | FA |
| 4. LIVING ROOM FURNITURE, BEDROOM FURNITURE, TV, VCR, | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. 100 CD'S; 50 BOOKS AND 10 PICTURES (FROM GOODWILL) | 200.00 | 200.00 | | 0.00 | FA |
| 6. CLOTHING AND PERSONAL EFFECTS | 400.00 | 400.00 | | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT STAR PD 45 PISTOL | 125.00 | 125.00 | | 0.00 | FA |
| 8. PERSONAL INJURY CLAIM CAR ACCIDENT OF APRIL 2006. ATTORNEY IS DAN HANNUL--DEBTORS EXEMPTION CLAIMED IS INCORRECT, MAXIMUM ALLOWED IS $20,200 (d)(11)(D) | 25,000.00 | 104,800.00 | | 125,000.00 | FA |
| 9. 1997 FORD TAURUS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. 1991 GEO PRIZM - DEBTOR PAID $500 IN 2005 FOR THIS | 500.00 | 500.00 | | 0.00 | FA |
| 11. 1959 CHEVY SUBURBAN - DOES NOT RUN DEBTOR PAID $40 | 400.00 | 400.00 | | 0.00 | FA |
| 12. 1955 CADILLAC - DEBTOR PAID $725 FOR IT IN 1983. D | 725.00 | 725.00 | | 0.00 | FA |
| 13. 1938 GMC TRUCK. DEBTOR PAID $350 FOR IT IN 2001 | 350.00 | 350.00 | | 0.00 | FA |
| 14. TOOLS, INCLUDING POWER TOOLS | 500.00 | 500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 76.08 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $254,418.70 | $121,218.70 | | $125,076.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | | |
|---|---|---|---|---|
| Case No: | 08-45120 PHB Judge: Philip H. Brandt | | Trustee Name: | Terrence J. Donahue |
| Case Name: | JACOBSON, PETER A | | Date Filed (f) or Converted (c): | 10/07/08 (f) |
| | JACOBSON, MARIA E | | 341(a) Meeting Date: | 11/18/08 |
| | | | Claims Bar Date: | 02/25/09 |

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 12/31/09

Case 08-45120-PHB     Doc 78     Filed 09/17/09     Ent. 09/17/09 15:42:24     Pg. 4 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-45120 -PHB | |
| Case Name: | JACOBSON, PETER A | |
| | JACOBSON, MARIA E | |
| Taxpayer ID No: | *******5961 | |
| For Period Ending: | 09/17/09 | |

| | | |
|---|---|---|
| Trustee Name: | Terrence J. Donahue | |
| Bank Name: | Union Bank | |
| Account Number / CD #: | *******2077 Money Market Account | |
| Blanket Bond (per case limit): | $ 62,302,896.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/09 | 8 | State Farm Mutual Automobile Ins Co | | 1142-000 | 25,000.00 | | 25,000.00 |
| 05/08/09 | 8 | State Farm Mutual Automobile Ins Co | | 1142-000 | 100,000.00 | | 125,000.00 |
| | | | Memo Amount: 0.00 | | | | |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 15.41 | | 125,015.41 |
| * 06/03/09 | 000101 | Rush, Hannula, Harkins & Kyler, LLP | Special Counsel Fees | | | 42,756.72 | 82,258.69 |
| | | 4701 South 19th Street, Ste. 300 | | | | | |
| | | Tacoma, WA 98405 | | | | | |
| | | | Fees 41,666.66 | 3210-003 | | | 82,258.69 |
| | | | Expenses 1,090.06 | 3220-003 | | | 82,258.69 |
| * 06/03/09 | 000101 | Rush, Hannula, Harkins & Kyler, LLP | Special Counsel Fees | | | -42,756.72 | 125,015.41 |
| | | 4701 South 19th Street, Ste. 300 | Taken from incorrect account. Amount will be | | | | |
| | | Tacoma, WA 98405 | transferred to checking account and re-written. | | | | |
| | | | Fees ( 41,666.66 ) | 3210-003 | | | 125,015.41 |
| | | | Expenses ( 1,090.06 ) | 3220-003 | | | 125,015.41 |
| * 06/03/09 | 000102 | Trusteed Plans Service Corporation | Subrogation | 4210-003 | | 27,299.82 | 97,715.59 |
| | | c/o Rush, Hannula, Harkins, & Kyler, LLP | | | | | |
| | | 4701 South 19th Street, Ste. 300 | | | | | |
| | | Tacoma, WA 98405 | | | | | |
| * 06/03/09 | 000102 | Trusteed Plans Service Corporation | Subrogation | 4210-003 | | -27,299.82 | 125,015.41 |
| | | c/o Rush, Hannula, Harkins, & Kyler, LLP | Special counsel's office has informed trustee that they | | | | |
| | | 4701 South 19th Street, Ste. 300 | have not heard back from insurance company | | | | |
| | | Tacoma, WA 98405 | regarding negotiating a discounted amount of | | | | |
| | | | subrogation. Special counsel asked trustee to void the | | | | |
| | | | check and wait for a response from Trusteed. | | | | |
| 06/03/09 | | Transfer to Acct #*******2093 | Bank Funds Transfer | 9999-000 | | 42,756.72 | 82,258.69 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 19.19 | | 82,277.88 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 17.45 | | 82,295.33 |
| 08/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | 17.45 | | 82,312.78 |

| | | |
|---|---|---|
| Page Subtotals | 125,069.50 | 42,756.72 |

Ver: 15.00a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-45120 -PHB |
| Case Name: | JACOBSON, PETER A |
| | JACOBSON, MARIA E |
| Taxpayer ID No: | *******5961 |
| For Period Ending: | 09/17/09 |

| | |
|---|---|
| Trustee Name: | Terrence J. Donahue |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2077 Money Market Account |
| Blanket Bond (per case limit): | $ 62,302,896.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/09 | | Transfer to Acct #*******2093 | Bank Funds Transfer | 9999-000 | | 27,299.82 | 55,012.96 |
| 09/17/09 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 6.58 | | 55,019.54 |
| 09/17/09 | | Transfer to Acct #*******2093 | Final Posting Transfer | 9999-000 | | 55,019.54 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 125,076.08 | 125,076.08 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 125,076.08 | |
| Subtotal | 125,076.08 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 125,076.08 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 6.58 | 82,319.36 |

Ver: 15.00a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-45120 -PHB |
| Case Name: | JACOBSON, PETER A |
| | JACOBSON, MARIA E |
| Taxpayer ID No: | *******5961 |
| For Period Ending: | 09/17/09 |

| | |
|---|---|
| Trustee Name: | Terrence J. Donahue |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2093  Checking Account |
| Blanket Bond (per case limit): | $ 62,302,896.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/09 | | Transfer from Acct #*******2077 | Bank Funds Transfer | 9999-000 | 42,756.72 | | 42,756.72 |
| 06/03/09 | 003001 | Rush, Hannula, Harkins & Kyler, LLP | Special Counsel Fees and Costs | | | 42,756.72 | 0.00 |
| | | 4701 South 19th Street, Ste. 300 | | | | | |
| | | Tacoma, WA  98405 | | | | | |
| | | | Fees 41,666.66 | 3210-000 | | | 0.00 |
| | | | Expenses 1,090.06 | 3220-000 | | | 0.00 |
| 09/04/09 | | Transfer from Acct #*******2077 | Bank Funds Transfer | 9999-000 | 27,299.82 | | 27,299.82 |
| 09/04/09 | 003002 | Trusteed Plans Service Corporation | Subrogation | 4210-000 | | 27,299.82 | 0.00 |
| 09/17/09 | | Transfer from Acct #*******2077 | Transfer In From MMA Account | 9999-000 | 55,019.54 | | 55,019.54 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 125,076.08 | 70,056.54 | 55,019.54 |
| Less:  Bank Transfers/CD's | 125,076.08 | 0.00 | |
| Subtotal | 0.00 | 70,056.54 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 70,056.54 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******2077 | 125,076.08 | 0.00 | 0.00 |
| Checking Account - ********2093 | 0.00 | 70,056.54 | 55,019.54 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 125,076.08 | 70,056.54 | 55,019.54 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                         125,076.08          70,056.54

Ver: 15.00a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-45120 | | Page 1 | | | Date: September 17, 2009 |
| Debtor Name: | JACOBSON, PETER A | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Recovery Management Systems Corporation For Capital Recovery II As Assignee of MERVYN"S 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Unsecured | | $768.73 | $0.00 | $768.73 |
| 000002 070 7100-00 | Columbus Bank & Trust P. O. Box 120 Columbus, GA 31902 | Unsecured | | $8,313.40 | $0.00 | $8,313.40 |
| 000003 070 7100-00 | CACV of Colorado LLC c/o Suttell & Associates 1450 114th Ave SE #240 Bellevue WA 98004 | Unsecured | | $12,419.68 | $0.00 | $12,419.68 |
| 000004 070 7100-00 | Mountain Mist Water Company c/o Evergreen Professional Recoveries In PO Box 666 Bothell WA 98011 | Unsecured | | $207.77 | $0.00 | $207.77 |
| 000005 070 7100-00 | Samy Salama MD c/o Evergreen Professional Recoveries In PO Box 666 Bothell WA 98011 | Unsecured | | $647.40 | $0.00 | $647.40 |
| 000006 070 7100-00 | Merchants Credit Association PO Box 7416 Bellevue, WA 98008 | Unsecured | | $86.39 | $0.00 | $86.39 |
| 000007 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba CHEVRON TEXACO PLCC 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $389.79 | $0.00 | $389.79 |
| 000008 070 7100-00 | CACH, LLC 4340 S. MONACO STREET 2ND FLOOR DENVER, CO 80237 | Unsecured | | $1,190.40 | $0.00 | $1,190.40 |
| 000009 070 7100-00 | SAGRES CO 10350 SCIENCE CT #100 SAN DIEGO, CA 92121-1129 | Unsecured | | $8,287.50 | $0.00 | $8,287.50 |
| 000010 070 7100-00 | Recovery Management Systems Corporation For Capital Recovery II As Assignee of Sears - Citi-Sears 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Unsecured | | $8,715.65 | $0.00 | $8,715.65 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-45120 | | Page 2 | | | Date: September 17, 2009 |
|---|---|---|---|---|---|---|
| Debtor Name: | JACOBSON, PETER A | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011<br>060<br>8100-00 | Maria and Peter Jacobson<br>c/o Kenneth E. Rossback<br>3219 6th Avenue<br>Tacoma, WA 98406-5901 | Unsecured | | $20,200.00 | $0.00 | $20,200.00 |
| | Case Totals: | | | $61,226.71 | $0.00 | $61,226.71 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-45120 PHB
Case Name: JACOBSON, PETER A
          JACOBSON, MARIA E
Trustee Name: Terrence J. Donahue

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Terrence J. Donahue | $        8,493.80 | $        141.70 |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,944.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  82.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *CACV of Colorado LLC* | $ 12,419.68 | $ 10,180.05 |
| *000004* | *Mountain Mist Water Company* | $ 207.77 | $ 170.30 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Samy Salama MD | $ 647.40 | $ 530.65 |
| 000006 | Merchants Credit Association | $ 86.39 | $ 70.81 |
| 000007 | Recovery Management Systems Corporation | $ 389.79 | $ 319.50 |
| 000008 | CACH, LLC | $ 1,190.40 | $ 975.74 |
| 000009 | SAGRES CO | $ 8,287.50 | $ 6,793.02 |
| 000010 | Recovery Management Systems Corporation | $ 8,715.65 | $ 7,143.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .