The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 08-45120 |
| JACOBSON, PETER A | ) | |
| JACOBSON, MARIA E | ) | NOTICE OF TRUSTEE'S FINAL |
| | ) | REPORT |
| Debtors. | ) | |
| | ) | |

TO:   All creditors, the debtor and other parties in interest:

You are hereby notified that the Chapter 7 Trustee of the estate in this case has filed a pre-distribution final report dated September 17, 2009, with a statement of the final distribution to be made under 11 USC §726. The report states that total receipts were $125,076.08. The report states that all disbursements paid or to be paid including all final distribution payments are as follows:

| | |
|---|---|
| $27,299.82 | Payments for liens or other interests in property; |
| $51,392.22 | Chapter 7 administrative expense claims. Total allowed claims are $51,392.22; |
| $0.00 | Chapter 7 debtor's attorney's fees and costs. Total allowed claims are $0.00; |
| $0.00 | Chapter 11, 12, or 13 administrative claims. Total allowed claims $0.00; |
| $0.00 | Priority unsecured claims. Total allowed claims are $0.00; |
| $26,184.04 | Non-priority unsecured claims. Total allowed claims are $31,944.58; |
| $20,200.00 | Payments to debtors and third parties. |

NOTICE OF TRUSTEE'S
FINAL REPORT - 1

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Ave., Ste. 1200
Tacoma, WA  98402

00424265.doc

(253) 620-2519

The estate has no funds available for creditors who fall into the following classes: N/A

The report states that the trustee will abandon the following property: all assets not administered by the Trustee will be abandoned at the time of the final hearing. There may be an underinsured motorist claim that will not exceed $25,000.00. Upon discussion with special counsel, Trustee feels it is not prudent to pursue the underinsured motorist claim due to the liability of costs that maybe incurred on behalf of the estate.

Applications for compensation and reimbursement of expenses have been filed with respect to claims for Chapter 7 administrative expenses and, if applicable, Chapter 11, 12, or 13 administrative expenses as follows:

| Applicants | Compensation | Expenses |
|---|---|---|
| Trustee TERRENCE J. DONAHUE | $8,493.80 | $141.70 |

You are hereby notified that a hearing is scheduled to be held at 1717 Pacific Avenue, Tacoma, WA 98402, Courtroom I on the 14th day of October, 2009, for the purpose of considering the report and the applications for compensation and reimbursement of expenses and for approval and transacting such other business as may properly come before the court. Any creditors or other parties in interest having an objection to the final report or applications for compensation and reimbursement of expenses **must file their written objections with the court by October 7, 2009**, and must serve copies on the Chapter 7 Trustee and United States Trustee at the following mailing addresses:

Terrence J. Donahue  
Chapter 7 Trustee  
1201 Pacific Ave., Ste. 1200  
Tacoma, WA 98402  

Office of the United States Trustee  
United States Courthouse  
700 Stewart Street, Ste. 5103  
Seattle, WA 98101  

If no written objection is timely filed, the hearing may be taken off calendar and the court may enter such orders as may be necessary and appropriate to dispose of the matters presented in the Final Report and pleadings without further notice or hearing.

DATED this 17th day of September, 2009.

/s/ Terrence J. Donahue  
Terrence J. Donahue, WSBA # 15193  
Chapter 7 Trustee

NOTICE OF TRUSTEE'S  
FINAL REPORT - 2

00424265.doc

TERRENCE J. DONAHUE  
Chapter 7 Trustee  
1201 Pacific Ave., Ste. 1200  
Tacoma, WA 98402  
(253) 620-2519

Case 08-45120-PHB    Doc 81    Filed 09/17/09    Ent. 09/17/09 15:55:19    Pg. 2 of 2