The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 08-45120 |
| JACOBSON, PETER A ) | |
| JACOBSON, MARIA E ) | NOTICE OF TRUSTEE'S FINAL |
| ) | REPORT |
| Debtors. ) | |
| ) | |

TO:   All creditors, the debtor and other parties in interest:

You are hereby notified that the Chapter 7 Trustee of the estate in this case has filed a pre-distribution final report dated September 17, 2009, with a statement of the final distribution to be made under 11 USC §726. The report states that total receipts were $125,076.08. The report states that all disbursements paid or to be paid including all final distribution payments are as follows:

| | |
|---|---|
| $27,299.82 | Payments for liens or other interests in property; |
| $51,392.22 | Chapter 7 administrative expense claims. Total allowed claims are $51,392.22; |
| $0.00 | Chapter 7 debtor's attorney's fees and costs. Total allowed claims are $0.00; |
| $0.00 | Chapter 11, 12, or 13 administrative claims. Total allowed claims $0.00; |
| $0.00 | Priority unsecured claims. Total allowed claims are $0.00; |
| $26,184.04 | Non-priority unsecured claims. Total allowed claims are $31,944.58; |
| $20,200.00 | Payments to debtors and third parties. |

NOTICE OF TRUSTEE'S
FINAL REPORT - 1

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402

00424265.doc

(253) 620-2519

The estate has no funds available for creditors who fall into the following classes: N/A

The report states that the trustee will abandon the following property: all assets not administered by the Trustee will be abandoned at the time of the final hearing. There may be an underinsured motorist claim that will not exceed $25,000.00. Upon discussion with special counsel, Trustee feels it is not prudent to pursue the underinsured motorist claim due to the liability of costs that maybe incurred on behalf of the estate.

Applications for compensation and reimbursement of expenses have been filed with respect to claims for Chapter 7 administrative expenses and, if applicable, Chapter 11, 12, or 13 administrative expenses as follows:

| Applicants | Compensation | Expenses |
|---|---|---|
| Trustee TERRENCE J. DONAHUE | $8,493.80 | $141.70 |

You are hereby notified that a hearing is scheduled to be held at 1717 Pacific Avenue, Tacoma, WA 98402, Courtroom I on the 14th day of October, 2009, for the purpose of considering the report and the applications for compensation and reimbursement of expenses and for approval and transacting such other business as may properly come before the court. Any creditors or other parties in interest having an objection to the final report or applications for compensation and reimbursement of expenses **must file their written objections with the court by October 7, 2009**, and must serve copies on the Chapter 7 Trustee and United States Trustee at the following mailing addresses:

Terrence J. Donahue  
Chapter 7 Trustee  
1201 Pacific Ave., Ste. 1200  
Tacoma, WA 98402  

Office of the United States Trustee  
United States Courthouse  
700 Stewart Street, Ste. 5103  
Seattle, WA 98101  

If no written objection is timely filed, the hearing may be taken off calendar and the court may enter such orders as may be necessary and appropriate to dispose of the matters presented in the Final Report and pleadings without further notice or hearing.

DATED this 17th day of September, 2009.

/s/ Terrence J. Donahue  
Terrence J. Donahue, WSBA # 15193  
Chapter 7 Trustee

NOTICE OF TRUSTEE'S  
FINAL REPORT - 2

TERRENCE J. DONAHUE  
Chapter 7 Trustee  
1201 Pacific Ave., Ste. 1200  
Tacoma, WA 98402  
(253) 620-2519

00424265.doc

Case 08-45120-PHB    Doc 83    Filed 09/19/09    Ent. 09/19/09 21:25:02    Pg. 2 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: paulb              Page 1 of 2             Date Rcvd: Sep 17, 2009
Case: 08-45120                Form ID: pdf             Total Noticed: 75


The following entities were noticed by first class mail on Sep 19, 2009.
db/jdb        +Peter A Jacobson,   Maria E Jacobson,   4207 Kootnai Street West,
               University Place, WA 98466-6632
sr            +UBS AG, as servicing agent for ACT Properties LLC,    Pite Duncan, LLP,   c/o David E. McAllister,
               4375 Jutland Dr  # 200,    San Diego, CA 92117-3600
951375993     +1ST SECURITY BANK,    6920 220TH STREET SW,    MOUNTLAKE TERRACE, WA 98043-2177
951375995      ACADEMY COLLECTIONS SERV, INC.,    PO BOX 21089,   PHILADELPHIA, PA 19114-0589
951375996     +BANK OF AMERICA,   POB 17054,    WILMINGTON, DE 19884-0001
951375999     +BAY AREA CREDIT SERVIC,    97 E BROKAW RD STE 240,    SAN JOSE, CA 95112-4209
951376000      BK OF AMER,   4060 OGLETOWN/STAN,    NEWARK, DE 19713
951346851      Bank of America,   1000 Samoset Dr.,    Wilmington, DE 19884-2211
951346853     +Bon-Macys SAB,   1345 S 52 ST,    Tempe AR 85281-6970
951518314     +CACH, LLC,   4340 S. MONACO STREET 2ND FLOOR,    DENVER, CO 80237-3408
951478228     +CACV of Colorado LLC,    c/o Suttell & Associates,    1450 114th Ave SE  #240,
               Bellevue WA 98004-6934
951376020     +CAPITOL ONE SERVICES,    COLUMBIA B&T GEORGIA VIS,    1125 1ST AVE,    COLUMBUS, GA 31901-2403
951376022     +CB&T,   POB 84050,    COLUMBUS, GA 31908-4050
951376023      CCITY/CBSD,   P O BOX 8002,    GRAY, TN 37615-0002
951376024      CHASE,   BANK ONE CARD SERV,    WESTERVILLE, OH 43081
951376025     +CHASE/BANK ONE CARD SERVICES,     800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
951376019    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
              (address filed with court:   CACH LLC,    370 17TH STREET,    DENVER, CO 80202)
951376026      CRD PRT ASSO,   ONE GALLERIA TOWER,    DALLAS, TX 75240
951346855     +Capitol One Services,   POB 30281,    Salt Lake City, Ut 84130-0281
951346858      Columbia Customer Service,    POB 2036,    Tacoma, WA 98401-2036
951346860      Columbus B&T Georgia VIS,    1125 1st Ave,    Columbus, GA 31901
951467382     +Columbus Bank & Trust,    P. O. Box 120,    Columbus, GA 31902-0120
951346861     +Credit Protection,   POB 802068,    Dallas, TX 75380-2068
951376027     +EVERGREEN PRO RECOVE,    12100 NE 195TH ST #180,    BOTHELL, WA 98011-5762
951376029     +EVERGRN PROF,   P.O. BOX 666,    BOTHELL, WA 98041-0666
951346863      First Financial Asst MG,    2800 N 4th St Suite 310,    Phoenix, AR 85008
951376031      GOTTSCHALKS,   7 PARK RIVER PLACE,    FRESNO, CA 93720
951346866    ++GUARANTY BANK,   ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
              (address filed with court:   Guarantee Bank,    4000 W. Brown Deer Rd.,    Brown Deer, WI 53209)
951346865      Gottschalks,   POB 28920,    Fresno, CA 93729-8920
951376032     +HRSUSA/COMPUSA,    301 N WALNUT ST,    WILMINGTON, DE 19801-3974
951346867     +HSB Comp USA,   POB 15521,    Wilmington, DE 19850-5521
951376033     +HSBC BANK,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
951346868     +HSBC NV,   POB 19360,    Portland OR 97280-0360
951346869      Key Bank NA,   POB 94518,    Cleveland, OH 44101-4518
951376034     +LEASECOMM,    950 WINTER ST,    WALTHAM, MA 02451-1424
951376037     +MACYS/FDSB,   9111 DUKE BLVD,    MASON, OH 45040-8999
951346870     +Merchants Credit & Coll,    POB 7416,    Bellevue, WA 98008-1416
951376038     +Merchants Credit Association,    PO Box 7416,    Bellevue, WA 98008-1416
951496215     +Mountain Mist Water Company,    c/o Evergreen Professional Recoveries In,    PO Box 666,
               Bothell WA 98041-0666
951346871      Norwest Finance,   4020 S. Steele St.,    Tacoma, WA 98409-7351
951376039     +OLYMPIC COLLECTIONS INC,    P.O. BOX 24027,    FEDERAL WAY, WA 98093-1027
951346872      Olympic Collection Inc.,    33710 9th Ave S, Ste 104,    Federal Way, WA 98003-6734
951346874     +Pierce Supr Crt-Tacoma,    930 Tacoma Ave S,    Tacoma, WA 98402-2105
951346873     +Pierce Supr Crt-Tacoma,    930 Tacoma Ave.,    Tacoma, WA 98402-2105
951346876      Puget Sound Collections,    POB 66995,    Tacoma, WA 98464-6995
951376043     +SAGRES CO,    10350 SCIENCE CT  #100,    SAN DIEGO, CA 92121-1133
951376045      SEARS / CBSD #56311278057,    8725 W. SAHARA AVE,    MC02-02-03,    THE LAKES, NV 89163-7802
951496218     +Samy Salama MD,   c/o Evergreen Professional Recoveries In,    PO Box 666,    Bothell WA 98041-0666
951346878      Sears/CBSD,   8725 W. Sahara Ave.,    MC02-02-03,    The Lakes, NV 89163-7802
951376046      TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON,    PHILADELPHIA, PA 19154-1207
951346879     +The Sagres Company,    10350 Science Ct, STE 100,    San Diego, CA 92121-1133
951346880     +Traveler’s Acceptance,    2701 Loker Ave W,    Carlsbad, CA 92010-6638
951346847      UBS,   POB 50220,    Irvine, CA 92619-0220
951376047     +UNIFUND,   11802 CONREY RD,    CINCINNATI, OH 45249-1074
951376048     +UNIFUND CO,    10751 MONTGOMERY ROAD,    CINCINNATI, OH 45242-3256
951346881      Unifund CCR Partners,    10625 Techwood Cir,    Cincinnati, OH 45242-2846
951376050     +WELLSRECOVER,    1250 MONTEGO,    WALNUT CREEK, CA 94598-2820
951376051     +WFFINANCIAL,    4020 S STEELE ST,    TACOMA, WA 98409-7351
951346882      Weisfield Jewelers,    375 Ghent Rd.,    Fairlawn, OH 44333-4601
951346883      Wells Fargo Bank,    POB 30095,    Walnut Creek, CA 94598-9095
951346848     +lst Security Bank,    6920 220th St. SW, Suite 300,    Mountlake Terrace, WA 98043-2172

The following entities were noticed by electronic transmission on Sep 17, 2009.
951375994     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             AAC,
               PO BOX 2036 28405 VAN DYKE RD,    WARREN, MI 48090-2036
951346849     +E-mail/PDF: recoverybankruptcy@afninet.com Sep 17 2009 23:10:32      AFNI,   POB 3427,
               Bloomington, IL 61702-3427
951346850      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance Corp,
               POB 2036,   Warren Ml 48090-2036
951346857     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:30      Chevron Credit Bank NA,   POB 5010,
               Concord, CA 94524-0010
951376030     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:30      GEMB/MERVYNS,   PO BOX 981400,
               EL PASO, TX 79998-1400
951346864     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:30      GEMBJCP,    POB 981402,
               El Paso, TX 79998-1402
951376035     +E-mail/Text: resurgentbknotifications@resurgent.com                      LVNV FUNDING LLC,
               PO BOX 740281,    HOUSTON, TX 77274-0281
```

```
The following entities were noticed by electronic transmission (continued)
951376036     +E-mail/Text: resurgentbknotifications@resurgent.com                    LVNVFUNDG,
               PO BOX 10584,   GREENVILLE, SC 29603-0584
951376042     +E-mail/Text: ebn@phinsolutions.com                         RJM ACQ LLC,    575 UNDERHILL BLVD,
               SYOSSET, NY 11791-3426
951346875     +E-mail/Text: ebn@phinsolutions.com                         RJM Acquisitions LLC,
               575 Underhill Blvd,   Syosset, NY 11791-3426
951505102     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:30
               Recovery Management Systems Corporation,   For GE Money Bank,    dba CHEVRON TEXACO PLCC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
951453944     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:30
               Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of MERVYN'S,
               25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
951575173     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:30
               Recovery Management Systems Corporation,   For Capital Recovery II,
               As Assignee of Sears - Citi-Sears,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
951376049     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 17 2009 23:10:33      VERIZON,
               10734 INTERNATIONAL DRIVE,   RANCHO CORDOVA, CA 95670-7359
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Daniel L Hannula
sp            Rush, Hannula & Harkins
951346852*    Bank of America,   1000 Samoset Dr.,   Wilmington, DE 19884-2211
951346854*   +Bon-Macys SAB,   1345 S 52 ST,   Tempe AR 85281-6970
951346856*   +Capitol One Services,   POB 30281,   Salt Lake City, UT 84130-0281
951346859*    Columbia Customer Service,   POB 2036,   Tacoma, WA 98401-2036
951346862*   +Credit Protection,   POB 802068,   Dallas, TX 75380-2068
951346877*    Puget Sound Collections,   POB 66995,   Tacoma, WA 98464-6995
                                                                                         TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2009**               **Signature:**   *Joseph Speetjens*