Philip H. Brandt

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JACOBSON, PETER A | § | Case No. 08-45120 PHB |
| JACOBSON, MARIA E | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Terrence J. Donahue, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court Clerk
1717 Pacific Avenue
Tacoma, WA 98402

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/14/2009 in Courtroom I,

United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/17/2009    By: /s/ Terrence J. Donahue
                                Chapter 7 Trustee

*Terrence J. Donahue*
*Chapter 7 Trustee, 1201 Pacific Ave., Ste. 1200, Tacoma, WA 98402*

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In re: §
§
JACOBSON, PETER A § Case No. 08-45120 PHB
JACOBSON, MARIA E §
§
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 125,076.08 |
| *and approved disbursements of* | $ | 70,056.54 |
| *leaving a balance on hand of*[1] | $ | 55,019.54 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Terrence J. Donahue* | $ 8,493.80 | $ 141.70 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|              | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Fees:*      | _____ | $_____ | $_____ |
| *Other:*     | _____ | $_____ | $_____ |
| *Other:*     | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:*        | _____ | $_____ | $_____ |
| *Accountant for:*      | _____ | $_____ | $_____ |
| *Appraiser for:*       | _____ | $_____ | $_____ |
| *Other:*               | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,944.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.0 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | CACV of Colorado LLC | $12,419.68 | $10,180.05 |
| 000004 | Mountain Mist Water Company | $207.77 | $170.30 |
| 000005 | Samy Salama MD | $647.40 | $530.65 |
| 000006 | Merchants Credit Association | $86.39 | $70.81 |
| 000007 | Recovery Management Systems Corporation | $389.79 | $319.50 |
| 000008 | CACH, LLC | $1,190.40 | $975.74 |
| 000009 | SAGRES CO | $8,287.50 | $6,793.02 |
| 000010 | Recovery Management Systems Corporation | $8,715.65 | $7,143.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*Terrence J. Donahue*
*Chapter 7 Trustee, 1201 Pacific Ave., Ste. 1200, Tacoma, WA 98402*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0981-3            User: deborahs               Page 1 of 2                    Date Rcvd: Sep 17, 2009
Case: 08-45120                  Form ID: pdf                 Total Noticed: 75


The following entities were noticed by first class mail on Sep 19, 2009.
db/jdb        +Peter A Jacobson,    Maria E Jacobson,    4207 Kootnai Street West,
               University Place, WA 98466-6632
sr            +UBS AG, as servicing agent for ACT Properties LLC,    Pite Duncan, LLP,    c/o David E. McAllister,
               4375 Jutland Dr  # 200,    San Diego, CA 92117-3600
951375993     +1ST SECURITY BANK,    6920 220TH STREET SW,    MOUNTLAKE TERRACE, WA 98043-2177
951375995      ACADEMY COLLECTIONS SERV, INC.,    PO BOX 21089,    PHILADELPHIA, PA 19114-0589
951375996     +BANK OF AMERICA,    POB 17054,    WILMINGTON, DE 19884-0001
951375999     +BAY AREA CREDIT SERVIC,    97 E BROKAW RD STE 240,    SAN JOSE, CA 95112-4209
951376000      BK OF AMER,    4060 OGLETOWN/STAN,    NEWARK, DE 19713
951346851      Bank of America,    1000 Samoset Dr.,    Wilmington, DE 19884-2211
951346853     +Bon-Macys SAB,    1345 S 52 ST,    Tempe AR 85281-6970
951518314     +CACH, LLC,    4340 S. MONACO STREET 2ND FLOOR,    DENVER, CO 80237-3408
951478228     +CACV of Colorado LLC,    c/o Suttell & Associates,    1450 114th Ave SE  #240,
               Bellevue WA 98004-6934
951376020     +CAPITOL ONE SERVICES,    COLUMBIA B&T GEORGIA VIS,    1125 1ST AVE,    COLUMBUS, GA 31901-2403
951376022     +CB&T,    POB 84050,    COLUMBUS, GA 31908-4050
951376023      CCITY/CBSD,    P O BOX 8002,    GRAY, TN 37615-0002
951376024      CHASE,    BANK ONE CARD SERV,    WESTERVILLE, OH 43081
951376025     +CHASE/BANK ONE CARD SERVICES,    800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081-2822
951376019    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
               (address filed with court: CACH LLC,    370 17TH STREET,    DENVER, CO 80202)
951376026      CRD PRT ASSO,    ONE GALLERIA TOWER,    DALLAS, TX 75240
951346855     +Capitol One Services,    POB 30281,    Salt Lake City, Ut 84130-0281
951346858      Columbia Customer Service,    POB 2036,    Tacoma, WA 98401-2036
951346860      Columbus B&T Georgia VIS,    1125 1st Ave,    Columbus, GA 31901
951467382     +Columbus Bank & Trust,    P. O. Box 120,    Columbus, GA 31902-0120
951346861     +Credit Protection,    POB 802068,    Dallas, TX 75380-2068
951376027     +EVERGREEN PRO RECOVE,    12100 NE 195TH ST #180,    BOTHELL, WA 98011-5762
951376029     +EVERGRN PROF,    P.O. BOX 666,    BOTHELL, WA 98041-0666
951346863      First Financial Asst MG,    2800 N 4th St Suite 310,    Phoenix, AR 85008
951376031      GOTTSCHALKS,    7 PARK RIVER PLACE,    FRESNO, CA 93720
951346866    ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
               (address filed with court: Guarantee Bank,    4000 W. Brown Deer Rd.,    Brown Deer, WI 53209)
951346865      Gottschalks,    POB 28920,    Fresno, CA 93729-8920
951376032     +HRSUSA/COMPUSA,    301 N WALNUT ST,    WILMINGTON, DE 19801-3974
951346867     +HSB Comp USA,    POB 15521,    Wilmington, DE 19850-5521
951376033     +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
951346868     +HSBC NV,    POB 19360,    Portland OR 97280-0360
951346869      Key Bank NA,    POB 94518,    Cleveland, OH 44101-4518
951376034     +LEASECOMM,    950 WINTER ST,    WALTHAM, MA 02451-1424
951376037     +MACYS/FDSB,    9111 DUKE BLVD,    MASON, OH 45040-8999
951346870     +Merchants Credit & Coll,    POB 7416,    Bellevue, WA 98008-1416
951376038     +Merchants Credit Association,    PO Box 7416,    Bellevue, WA 98008-1416
951496215     +Mountain Mist Water Company,    c/o Evergreen Professional Recoveries In,    PO Box 666,
               Bothell WA 98041-0666
951346871      Norwest Finance,    4020 S. Steele St.,    Tacoma, WA 98409-7351
951376039     +OLYMPIC COLLECTIONS INC,    P.O. BOX 24027,    FEDERAL WAY, WA 98093-1027
951346872      Olympic Collection Inc.,    33710 9th Ave S, Ste 104,    Federal Way, WA 98003-6734
951346874     +Pierce Supr Crt-Tacoma,    930 Tacoma Ave S,    Tacoma, WA 98402-2105
951376035     +Pierce Supr Crt-Tacoma,    930 Tacoma Ave.,    Tacoma, WA 98402-2105
951346876      Puget Sound Collections,    POB 66995,    Tacoma, WA 98464-6995
951376043     +SAGRES CO,    10350 SCIENCE CT  #100,    SAN DIEGO, CA 92121-1133
951376045      SEARS / CBSD #56311278057,    8725 W. SAHARA AVE,    MC02-02-03,    THE LAKES, NV 89163-7802
951496218     +Samy Salama MD,    c/o Evergreen Professional Recoveries In,    PO Box 666,    Bothell WA 98041-0666
951346878      Sears/CBSD,    8725 W. Sahara Ave.,    MC02-02-03,    The Lakes, NV 89163-7802
951376046      TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON,    PHILADELPHIA, PA 19154-1207
951346879     +The Sagres Company,    10350 Science Ct, STE 100,    San Diego, CA 92121-1133
951346880     +Traveler's Acceptance,    2701 Loker Ave W,    Carlsbad, CA 92010-6638
951346847      UBS,    POB 50220,    Irvine, CA 92619-0220
951376047     +UNIFUND,    11802 CONREY RD,    CINCINNATI, OH 45249-1074
951376048     +UNIFUND CO,    10751 MONTGOMERY ROAD,    CINCINNATI, OH 45242-3256
951346881      Unifund CCR Partners,    10625 Techwood Cir,    Cincinnati, OH 45242-2846
951376050     +WELLSRECOVER,    1250 MONTEGO,    WALNUT CREEK, CA 94598-2820
951376051     +WFFINANCIAL,    4020 S STEELE ST,    TACOMA, WA 98409-7351
951346882      Weisfield Jewelers,    375 Ghent Rd.,    Fairlawn, OH 44333-4601
951346883      Wells Fargo Bank,    POB 30095,    Walnut Creek, CA 94598-9095
951346848     +1st Security Bank,    6920 220th St. SW, Suite 300,    Mountlake Terrace, WA 98043-2172

The following entities were noticed by electronic transmission on Sep 17, 2009.
951375994     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            AAC,
               PO BOX 2036 28405 VAN DYKE RD,    WARREN, MI 48090-2036
951346849     +E-mail/PDF: recoverybankruptcy@afninet.com Sep 17 2009 23:10:30       AFNI,    POB 3427,
               Bloomington, IL 61702-3427
951346850      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance Corp,
               POB 2036,    Warren Ml 48090-2036
951346857     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:26      Chevron Credit Bank NA,    POB 5010,
               Concord, CA 94524-0010
951376030     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:26      GEMB/MERVYNS,    PO BOX 981400,
               EL PASO, TX 79998-1400
951346864     +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2009 23:11:26      GEMBJCP,    POB 981402,
               El Paso, TX 79998-1402
951376035     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV FUNDING LLC,
               PO BOX 740281,    HOUSTON, TX 77274-0281
```

```
The following entities were noticed by electronic transmission (continued)
951376036     +E-mail/Text: resurgentbknotifications@resurgent.com                   LVNVFUNDG,
               PO BOX 10584,   GREENVILLE, SC 29603-0584
951376042     +E-mail/Text: ebn@phinsolutions.com                   RJM ACQ LLC,   575 UNDERHILL BLVD,
               SYOSSET, NY 11791-3426
951346875     +E-mail/Text: ebn@phinsolutions.com                   RJM Acquisitions LLC,
               575 Underhill Blvd,   Syosset, NY 11791-3426
951505102     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:27
               Recovery Management Systems Corporation,   For GE Money Bank,   dba CHEVRON TEXACO PLCC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
951453944     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:27
               Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of MERVYN'S,
               25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
951575173     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2009 23:11:27
               Recovery Management Systems Corporation,   For Capital Recovery II,
               As Assignee of Sears - Citi-Sears,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
951376049     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 17 2009 23:10:31     VERIZON,
               10734 INTERNATIONAL DRIVE,   RANCHO CORDOVA, CA 95670-7359
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Daniel L Hannula
sp            Rush, Hannula & Harkins
951346852*    Bank of America,   1000 Samoset Dr.,   Wilmington, DE 19884-2211
951346854*   +Bon-Macys SAB,   1345 S 52 ST,   Tempe AR 85281-6970
951346856*   +Capitol One Services,   POB 30281,   Salt Lake City, UT 84130-0281
951346859*    Columbia Customer Service,   POB 2036,   Tacoma, WA 98401-2036
951346862*   +Credit Protection,   POB 802068,   Dallas, TX 75380-2068
951346877*    Puget Sound Collections,   POB 66995,   Tacoma, WA 98464-6995
                                                                                         TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 19, 2009**            **Signature:**     *Joseph Speetjens*