|     |                                                                                                                                          |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Judge: Philip H. Brandt<br>Chapter 7<br>Hearing Location: Courtroom I                                                                    |
| 2   | Hearing Date: September 30, 2009<br>Hearing Time: 9:30 a.m.                                                                              |
| 3   | Response Date: September 23, 2009                                                                                                        |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:                                )
                                      ) Case No. 08-45120
PETER and MARIA JACOBSON,             )
                                      ) DECLARATION OF NO OBJECTIONS
                                      )
                                      )
            Debtor(s).                )
                                      )

COMES NOW KENNETH E. ROSSBACK, attorney of record for the above-named debtors, and declares as follows:

Neither I nor any personnel in employed in my office has received any objection to the Motion to Avoid Liens of CACV of Colorado, which was filed with the above-named court on August 28, 2009. To the best of my knowledge, no objection has been filed with said court on or before the above-given response date.

I DELCARE UNDER PENALTY OF PURJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING DOCUMENT IS TRUE AND CORRECT.

Signed the 24th day of September, 2009 at Tacoma, Washington.

*/s/ Kenneth E. Rossback*
Kenneth E. Rossback, WSBA #19560
Attorney for the Debtors

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
Phone No. 253-573-1300
Fax No. 253-752-6900

DECLARATION OF NO OBJECTION