Judge Philip H. Brand
Chapter 7
Hearing Date: August 19, 2009
Time: 9:30 a.m.
Location: Courtroom I
Response Due: August 12, 2009

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: )
) Case No. 08-45120
PETER and MARIA JACOBSON, )
) ORDER APPROVING MOTION TO
) AVOID LIENS OF CACV OF COLORADO,
) LLC.
Debtor(s). )
)

This matter having come on for hearing upon the motion of Debtors, PETER and MARIA JACOBSON, appearing through their attorney, Kenneth E. Rossback, and the Court having reviewed this matter and being otherwise fully advised in the premises, and no objections having been filed, now, therefore, it is hereby

1. ORDERED that the judgment entered against the Debtors, in favor of CACV of Colorado, LLC, in Pierce County Superior Court, Case No. 06-2-12478-8, in the amount of $12,417.68, shall be and is hereby voided pursuant to 11 U.S.C. §522(f).

2. Dated this _____ day of _____, 2009.

3.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Submitted by:

/s/ Kenneth E. Rossback
Kenneth E. Rossback, WSBA #19560
Attorney for Debtor(s)

**Kenneth E. Rossback**
3219 6th Avenue
Tacoma, WA 98406-5901
ORDER APPROVING MOTION TO                    Phone No. 253-573-1300
AVOID LIEN OF CACV OF COLORADO, LLC          Fax No. 253-752-6900