The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| PETER A. JACOBSON and MARIA E. JACOBSON, | DECLARATION OF NO OBJECTION |
| Debtors. | |

**I, TERRENCE J. DONAHUE,** make this declaration on my own knowledge:

I am the Chapter 7 Trustee in the above-referenced matter.

The Notice and Application for Disallowance of Claim No. 3 was mailed to the appropriate parties on September 4, 2009, pursuant to the Declaration of Mailing on file herein. *(Docket No. 77)* To date I have received no objections, written or otherwise.

The Notice provided that any objection to the Application must be filed with a copy to the undersigned by October 7, 2009.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 8th day of October, 2009.

                    /s/ Terrence J. Donahue
                    TERRENCE J. DONAHUE

DECLARATION OF NO OBJECTION - 1

00427103.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Case 08-45120-PHB   Doc 88   Filed 10/08/09   Ent. 10/08/09 10:37:45   Pg. 1 of 1