The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | NO. 08-45120-PHB |
|---|---|
| PETER A. JACOBSON and MARIA E. JACOBSON, | ORDER DISALLOWING CLAIM NO. 3 |
| Debtors. | |

**THIS MATTER** having come on regularly for hearing upon the Chapter 7 Trustee's Application for Disallowance of Claim No. 3, and the Court having reviewed said Application and the records and files herein, finds that adequate and proper notice was provided and that cause exists to grant the relief requested, and having so found, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the following claims are hereby disallowed to the extent provided herein:

| Claimant & Claim No. | Claim Amount | Basis for Disallowance of Claim |
|---|---|---|
| CACV of Colorado, LLC, Claim No. 3 | $12,419.68 | Creditor filed its claim as secured providing a copy of an Order of Default and Judgment. Debtors' counsel has pending before this Court a motion to avoid Claimant's lien against Debtors' residence. The Order Approving Motion to Avoid Lien of CACV was entered on 9/28/09 *(Docket No. 87)*. Claim No. 3 is hereby disallowed as a secured claim and **ALLOWED** as a general unsecured claim. |

DATED this _____ day of October, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

ORDER DISALLOWING CLAIM NO(S). - 1

00427104.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Presented by:

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA #15193
Chapter 7 Trustee

ORDER DISALLOWING CLAIM NO(S). - 2

00427104.DOC/10304/

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

Case 08-45120-PHB    Doc 89    Filed 10/08/09    Ent. 10/08/09 10:40:38    Pg. 2 of 2