The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | NO. 08-45120-PHB |
| JACOBSON, PETER A.<br>JACOBSON, MARIA E.,<br>Debtors. | DECLARATION OF NO OBJECTION |

**I, TERRENCE J. DONAHUE,** make this declaration on my own knowledge:

I am the Chapter 7 Trustee, in the above-entitled estate.

The Notices of Trustee's Final Report were mailed on September 19, 2009, to the entire Master Mailing Matrix pursuant to the Certificate of Notice by the Bankruptcy Notification Center on file herein. *(Docket Nos. 83 and 84)* To date I have received no objections, written or otherwise.

The Notices provided that any objection to the Trustee's Final Report must be filed with a copy to the undersigned by October 7, 2009.

I further declare that my testimony in this matter would be the same as that contained on the Trustee's Final Report.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of October, 2009.

                                    /s/ Terrence J. Donahue
                                  TERRENCE J. DONAHUE

DECLARATION OF NO OBJECTION - 1

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

00427107.DOC/10304/

Case 08-45120-PHB    Doc 90    Filed 10/08/09    Ent. 10/08/09 10:44:36    Pg. 1 of 1