The Honorable Philip H. Brandt
Chapter 7
Hearing Date: October 14, 2009
Hearing Time: 9:30 a.m.
Response Date: October 7, 2009
Hearing Location: Tacoma, WA

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | CASE NO. 08-45120-PHB |
|---|---|
| JACOBSON, PETER A<br>JACOBSON, MARIA E<br><br>Debtors. | ORDER APPROVING FINAL<br>REPORT AND APPLICATIONS<br>FOR ADMINISTRATIVE EXPENSES AND<br>AUTHORIZING DISBURSEMENT |

**THIS MATTER** came on for hearing or no hearing being necessary under the circumstances, upon Notice of Filing Final Report and Applications for Compensation; it appearing that the Trustee's Final Report and Accounting is correct and reasonable in all respects, and that the same should be approved; and, it appearing that the fees requested by the Trustee are justified and reasonable, and the Court being fully informed; now, therefore, it is hereby,

**ORDERED** that the disbursements made by the Trustee as set forth in this report are approved and the Final Report and Account of the Trustee is hereby allowed, approved and confirmed; and it is further,

**ORDERED** that the fees and expenses of Terrence J. Donahue, Trustee, are approved; and it is further,

**ORDERED** that the Trustee, Terrence J. Donahue, may make the following disbursements:

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 3

00424265.doc

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
(253) 620-2519

TOTAL AMOUNT AVAILABLE $55,019.54

100.00% Disbursement to Chapter 7 Costs of Administration

| | |
|---|---:|
| TERRENCE J. DONAHUE, Trustee Compensation | $8,493.80 |
| TERRENCE J. DONAHUE, Trustee Expenses | $141.70 |
| Total Costs of Administration | $8,635.50 |

TOTAL AMOUNT AVAILABLE $46,384.04
General Unsecured
81.97% Disbursement to Unsecured Claims

| Claim No. | Claimant | Allowed Amount | Pro Rata Disbursement |
|---|---|---:|---:|
| 000003 | CACV OF COLORADO LLC | 12,419.68 | 10,180.05 |
| 000004 | MOUNTAIN MIST WATER COMPANY | 207.77 | 170.30 |
| 000005 | SAMY SALAMA MD | 647.40 | 530.65 |
| 000006 | MERCHANTS CREDIT ASSOCIATION | 86.39 | 70.81 |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 389.79 | 319.50 |
| 000008 | CACH, LLC | 1,190.40 | 975.74 |
| 000009 | SAGRES CO | 8,287.50 | 6,793.02 |
| 000010 | RECOVERY MANAGEMENT SYSTEMS CORPORA | 8,715.65 | 7,143.97 |

| | | |
|---|---:|---:|
| Total Allowed General Unsecured Claims: | $31,944.58 | |
| Total Disbursement to General Unsecured Creditors: | | $26,184.04 |
| Total Allowed Unsecured Claims: | $31,944.58 | |
| Total Disbursement to Unsecured Creditors: | | $26,184.04 |

TOTAL AMOUNT AVAILABLE $20,200.00
Debtor Exemption
100.00% Disbursement to Debtor Exemption

| Claim No. | Claimant | Allowed Amount | Pro Rata Disbursement |
|---|---|---:|---:|
| | MARIA AND PETER JACOBSON | 20,200.00 | 20,200.00 |

| | | |
|---|---:|---:|
| Total Allowed Debtor Exemption: | $20,200.00 | |
| Total Disbursement to Debtor Exemption: | | $20,200.00 |

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 4

00424265.doc

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
(253) 620-2519

**IT IS FURTHER ORDERED** that the trustee is authorized to abandon all unadministered assets and specifically an underinsured motorist claim.

DATED this _____ day of October, 2009.

*P.H.B.——*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY JUDGE

Presented by:

/s/ Terrence J. Donahue
Terrence J. Donahue, WSBA # 15193
Chapter 7 Trustee

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 5

00424265.doc

TERRENCE J. DONAHUE
Chapter 7 Trustee
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
(253) 620-2519