UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In re: §
§
JACOBSON, PETER A § Case No. 08-45120 PHB
JACOBSON, MARIA E §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Terrence J. Donahue, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 229,418.70              Assets Exempt: 36,618.70

Total Distributions to Claimants: 53,483.86    Claims Discharged
                                                Without Payment: 146,291.54

Total Expenses of Administration: 51,392.22

---

3) Total gross receipts of $ 125,076.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,200.00 (see **Exhibit 2**), yielded net receipts of $ 104,876.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 213,000.00 | $ 27,299.82 | $ 27,299.82 | $ 27,299.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 51,392.22 | 51,392.22 | 51,392.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,750.00 | 31,944.58 | 31,944.58 | 26,184.04 |
| **TOTAL DISBURSEMENTS** | $ 370,750.00 | $ 110,636.62 | $ 110,636.62 | $ 104,876.08 |

4) This case was originally filed under chapter 7 on 10/07/2008 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2009         By:/s/Terrence J. Donahue
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) (Page: 2)
Case 08-45120-PHB    Doc 94    Filed 12/29/09    Ent. 12/29/09 07:59:00    Pg. 2 of 19

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CLAIM | 1142-000 | 125,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 76.08 |
| **TOTAL GROSS RECEIPTS** | | **$125,076.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria and Peter Jacobson | Exemptions | 8100-002 | 20,200.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20,200.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UBS PO Box 50220 Irvine, CA 92619-0220 | | 213,000.00 | NA | NA | 0.00 |
| TRUSTEED PLANS SERVICE CORPORATION | 4210-000 | NA | 27,299.82 | 27,299.82 | 27,299.82 |
| **TOTAL SECURED CLAIMS** | | **$ 213,000.00** | **$ 27,299.82** | **$ 27,299.82** | **$ 27,299.82** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TERRENCE J. DONAHUE | 2100-000 | NA | 8,493.80 | 8,493.80 | 8,493.80 |
| TERRENCE J. DONAHUE | 2200-000 | NA | 141.70 | 141.70 | 141.70 |
| RUSH, HANNULA, HARKINS & KYLER, LLP | 3210-000 | NA | 41,666.66 | 41,666.66 | 41,666.66 |
| RUSH, HANNULA, HARKINS & KYLER, LLP | 3220-000 | NA | 1,090.06 | 1,090.06 | 1,090.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 51,392.22 | $ 51,392.22 | $ 51,392.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1st Security Bank 6920 220th Street SW Mountlake Terrace, WA 98043 | | 2,917.00 | NA | NA | 0.00 |
| Aac Po Box 2036 28405 Van Dyke Rd Warren, MI 48093 | | 1,547.00 | NA | NA | 0.00 |
| Academy Collections Serv, Inc. PO Box 21089 Philadelphia, PA 19114-0589 | | 1,540.00 | NA | NA | 0.00 |
| Afni Pob3427 Bloomington, IL 61702 | | 920.00 | NA | NA | 0.00 |
| Asset Accept Po Box 2036 Warren, MI 48090 | | 1,536.00 | NA | NA | 0.00 |
| Bank Of America Pob 17054 Wilmington, DE 19884 | | 100.00 | NA | NA | 0.00 |
| Bank of America 1000 Samoset Drive Wilmington, DE 19884-2211 | | 8,326.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America 1000 Samoset Drive Wilmington, DE 19884-2211 | | 1,190.00 | NA | NA | 0.00 |
| Bay Area Credit Servic 97 E Brokaw Rd Ste 240 San Jose, CA 95112 | | 740.00 | NA | NA | 0.00 |
| Bk Of Amer 4060 Ogletown/Stan Newark, DE 19713 | | 100.00 | NA | NA | 0.00 |
| Bk Of Amer 4060 Ogletown/Stan Newark, DE 19713 | | 100.00 | NA | NA | 0.00 |
| Bon-Macy's SAB 1345 S 52nd Street Tempe, AZ 85281 | | 2,192.00 | NA | NA | 0.00 |
| Cap One Pob 30281 Salt Lake City, UT 84130 | | 2,774.00 | NA | NA | 0.00 |
| Cap One Pob 30281 Salt Lake City, UT 84130 | | 100.00 | NA | NA | 0.00 |
| Capitol One PO Box 30281 Salt Lake City, UT 84130-0281 | | 2,440.00 | NA | NA | 0.00 |
| Capitol One PO Box 30281 Salt Lake City, UT 84130-0281 | | 2,634.00 | NA | NA | 0.00 |
| Capitol One Services Columbia B&T Georgia VIS 1125 1st Ave Columbus, GA 31901 | | 8,313.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cb&T Pob 84050 Columbus, GA 31908 | | 8,313.00 | NA | NA | 0.00 |
| Ccity/Cbsd P O Box 8002 Gray, TN 37615-0002 | | 100.00 | NA | NA | 0.00 |
| Chase Bank One Card Serv Westerville, OH 43081 | | 100.00 | NA | NA | 0.00 |
| Chase/Bank One Card Services 800 Brooksedge Blvd Westerville, OH 43081 | | 4,563.00 | NA | NA | 0.00 |
| Columbia Customer Service PO Box 2036 Tacoma, WA 98401-2036 | | 17,746.00 | NA | NA | 0.00 |
| Columbia Customer Service PO Box 2036 Tacoma, WA 98401-2036 | | 7,269.00 | NA | NA | 0.00 |
| Crd Prt Asso One Galleria Tower Dallas, TX 75240 | | 409.00 | NA | NA | 0.00 |
| Crd Prt Asso One Galleria Tower Dallas, TX 75240 | | 156.00 | NA | NA | 0.00 |
| First Financial Asst MG 2800 N 4th St, Suite 310 Phoenix, AZ 85008 | | 631.00 | NA | NA | 0.00 |
| GEMB / JCP PO BOX 981402 El Paso, TX 79998 | | 539.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | 100.00 | NA | NA | 0.00 |
| Gemb/Mervyns Po Box 981400 El Paso, TX 79998 | | 100.00 | NA | NA | 0.00 |
| Gottschalks 7 Park River Place Fresno, CA 93720 | | 100.00 | NA | NA | 0.00 |
| Gottschalks PO Box 28920 Fresno, CA 93729-8920 | | 271.00 | NA | NA | 0.00 |
| Guarantee Bank 4000 W Brown Deer Rd Milwaukee, WI 53209 | | 100.00 | NA | NA | 0.00 |
| HSB Comp USA PO Box 15521 Wilmington, DE 19805 | | 3,765.00 | NA | NA | 0.00 |
| HSBC NV PO Box 19360 Portland, OR 97280 | | 584.00 | NA | NA | 0.00 |
| Hrsusa/Compusa 301 N Walnut St Wilmington, DE 19801 | | 100.00 | NA | NA | 0.00 |
| Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 100.00 | NA | NA | 0.00 |
| Hsbc/Comp Pob 15521 Wilmington, DE 19805 | | 100.00 | NA | NA | 0.00 |
| Key Bank PO BOX 94518 Cleveland, OH 44101-4518 | | 16,963.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leasecomm 950 Winter St Waltham, MA 02451 | | 100.00 | NA | NA | 0.00 |
| Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | 8,716.00 | NA | NA | 0.00 |
| Lvnvfundg Po Box 10584 Greenville, SC 29603 | | 8,716.00 | NA | NA | 0.00 |
| Macys/Fdsb 9111 Duke Blvd Mason, OH 45040 | | 2,192.00 | NA | NA | 0.00 |
| Macys/Fdsb 9111 Duke Blvd Mason, OH 45040 | | 2,150.00 | NA | NA | 0.00 |
| Macys/Fdsb 9111 Duke Blvd Mason, OH 45040 | | 100.00 | NA | NA | 0.00 |
| Norwest Finance 4020 S. Steele St. Tacoma, WA 98409-7351 | | 1,063.00 | NA | NA | 0.00 |
| Olympic Collections Inc P.O. Box 24027 Federal Way, WA 98003 | | 407.00 | NA | NA | 0.00 |
| Pierce Superior Court Tacoma 930 Tacoma Ave South Tacoma, WA 98402 | | 1,396.00 | NA | NA | 0.00 |
| Pierce Superior Court Tacoma 930 Tacoma Ave South Tacoma, WA 98402 | | 4,563.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Puget Sound Collecti 1019 Regents Blvd Tacoma, WA 98466 | | 849.00 | NA | NA | 0.00 |
| Puget Sound Collecti 1019 Regents Blvd Tacoma, WA 98466 | | 395.00 | NA | NA | 0.00 |
| Puget Sound Collecti 1019 Regents Blvd Tacoma, WA 98466 | | 155.00 | NA | NA | 0.00 |
| Puget Sound Collections P.O.Box 66995 1019 Regents Blvd Tacoma, WA 98464 | | 155.00 | NA | NA | 0.00 |
| Puget Sound Collections P.O.Box 66995 1019 Regents Blvd Tacoma, WA 98464 | | 397.00 | NA | NA | 0.00 |
| RJM Acquisitions 575 Underhill Blvd, Suite 224 Syosset, NY 11791-3416 | | 1,378.00 | NA | NA | 0.00 |
| Rjm Acq Llc 575 Underhill Blvd Syosset, NY 11791 | | 1,378.00 | NA | NA | 0.00 |
| Sears/Cbsd 8725 W Sahara Ave The Lakes, NV 89163 | | 100.00 | NA | NA | 0.00 |
| Travlrs Acpt 2701 Loker Avenue Carlsbad, CA 92008 | | 100.00 | NA | NA | 0.00 |
| Unifund 11802 Conrey Rd Cincinnati, OH 45249 | | 100.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Unifund Co 10751 Montgomery Road Cincinnati, OH 45242 | | 100.00 | NA | NA | 0.00 |
| Verizon 10734 International Drive Rancho Cordova, CA 95742 | | 100.00 | NA | NA | 0.00 |
| Weisfield 375 Ghent Rd Akron, OH 44333 | | 100.00 | NA | NA | 0.00 |
| Weisfield Jewelers 375 Ghant Road Akron, OH 44333-4601 | | 542.00 | NA | NA | 0.00 |
| Wells Fargo Bank PO Box 30095 Walnut Creek, CA 94598-9095 | | 3,819.00 | NA | NA | 0.00 |
| Wellsrecover 1250 Montego Walnut Creek, CA 94598 | | 1,782.00 | NA | NA | 0.00 |
| Wffinancial 4020 S Steele St Tacoma, WA 98409 | | 100.00 | NA | NA | 0.00 |
| CACH, LLC | 7100-000 | 1,190.00 | 1,190.40 | 1,190.40 | 975.74 |
| CACV OF COLORADO LLC | 7100-000 | NA | 12,419.68 | 12,419.68 | 10,180.05 |
| MERCHANTS CREDIT ASSOCIATION | 7100-000 | 53.00 | 86.39 | 86.39 | 70.81 |
| MOUNTAIN MIST WATER COMPANY | 7100-000 | 200.00 | 207.77 | 207.77 | 170.30 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 664.00 | 389.79 | 389.79 | 319.50 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 6,199.00 | 8,715.65 | 8,715.65 | 7,143.97 |
| SAGRES CO | 7100-000 | 8,287.00 | 8,287.50 | 8,287.50 | 6,793.02 |
| SAMY SALAMA MD | 7100-000 | 626.00 | 647.40 | 647.40 | 530.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 157,750.00 | $ 31,944.58 | $ 31,944.58 | $ 26,184.04 |

Case No: 08-45120 PHB Judge: Philip H. Brandt  Trustee Name: Terrence J. Donahue
Case Name: JACOBSON, PETER A  Date Filed (f) or Converted (c): 10/07/08 (f)
JACOBSON, MARIA E  341(a) Meeting Date: 11/18/08
For Period Ending: 11/13/09  Claims Bar Date: 02/25/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FAMILY HOME LOCATED AT 4207 KOOTNAI STREET W, UNIV | 220,000.00 | 7,000.00 | DA | 0.00 | 0.00 |
| 2. CASH | 23.00 | 23.00 | DA | 0.00 | 0.00 |
| 3. COLUMBIA BANK - CHECKING (#8910) - $1703.83 ON 10/ | 2,195.70 | 2,195.70 | DA | 0.00 | 0.00 |
| 4. LIVING ROOM FURNITURE, BEDROOM FURNITURE, TV, VCR, | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 5. 100 CD'S; 50 BOOKS AND 10 PICTURES (FROM GOODWILL) | 200.00 | 200.00 | DA | 0.00 | 0.00 |
| 6. CLOTHING AND PERSONAL EFFECTS | 400.00 | 400.00 | DA | 0.00 | 0.00 |
| 7. FIREARMS AND HOBBY EQUIPMENT  STAR PD 45 PISTOL | 125.00 | 125.00 | DA | 0.00 | 0.00 |
| 8. PERSONAL INJURY CLAIM  CAR ACCIDENT OF APRIL 2006. ATTORNEY IS DAN HANNUL--DEBTORS EXEMPTION CLAIMED IS INCORRECT, MAXIMUM ALLOWED IS $20,200 (d)(11)(D) | 25,000.00 | 104,800.00 | | 125,000.00 | FA |
| 9. 1997 FORD TAURUS | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 10. 1991 GEO PRIZM - DEBTOR PAID $500 IN 2005 FOR THIS | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 11. 1959 CHEVY SUBURBAN - DOES NOT RUN DEBTOR PAID $40 | 400.00 | 400.00 | DA | 0.00 | 0.00 |
| 12. 1955 CADILLAC - DEBTOR PAID $725 FOR IT IN 1983. D | 725.00 | 725.00 | DA | 0.00 | 0.00 |
| 13. 1938 GMC TRUCK. DEBTOR PAID $350 FOR IT IN 2001 | 350.00 | 350.00 | DA | 0.00 | 0.00 |
| 14. TOOLS, INCLUDING POWER TOOLS | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 76.08 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $254,418.70  $121,218.70  $125,076.08  $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | |
|---|---|
| Case No: 08-45120 PHB Judge: Philip H. Brandt | Trustee Name: Terrence J. Donahue |
| Case Name: JACOBSON, PETER A | Date Filed (f) or Converted (c): 10/07/08 (f) |
| JACOBSON, MARIA E | 341(a) Meeting Date: 11/18/08 |
| | Claims Bar Date: 02/25/09 |

Initial Projected Date of Final Report (TFR): 06/30/09   Current Projected Date of Final Report (TFR): 12/31/09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: | 08-45120 -PHB |
| Case Name: | JACOBSON, PETER A |
| | JACOBSON, MARIA E |
| Taxpayer ID No: | *******5961 |
| For Period Ending: | 11/13/09 |

| | |
|---|---|
| Trustee Name: | Terrence J. Donahue |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2077  Money Market Account |
| Blanket Bond (per case limit): | $ 62,302,896.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/09 | 8 | State Farm Mutual Automobile Ins Co | Personal Injury Settlement | 1142-000 | 25,000.00 | | 25,000.00 |
| 05/08/09 | 8 | State Farm Mutual Automobile Ins Co | Personal Injury Settlement | 1142-000 | 100,000.00 | | 125,000.00 |
| | | | Memo Amount:     0.00 | | | | |
| 05/29/09 | INT | Union Bank of California | Interest Rate  0.250 | 1270-000 | 15.41 | | 125,015.41 |
| * 06/03/09 | 000101 | Rush, Hannula, Harkins & Kyler, LLP | Special Counsel Fees | | | 42,756.72 | 82,258.69 |
| | | 4701 South 19th Street, Ste. 300 | | | | | |
| | | Tacoma, WA  98405 | | | | | |
| | | | Fees         41,666.66 | 3210-003 | | | 82,258.69 |
| | | | Expenses     1,090.06 | 3220-003 | | | 82,258.69 |
| * 06/03/09 | 000101 | Rush, Hannula, Harkins & Kyler, LLP | Special Counsel Fees | | | -42,756.72 | 125,015.41 |
| | | 4701 South 19th Street, Ste. 300 | Taken from incorrect account.  Amount will be | | | | |
| | | Tacoma, WA  98405 | transferred to checking account and re-written. | | | | |
| | | | Fees     (   41,666.66 ) | 3210-003 | | | 125,015.41 |
| | | | Expenses (    1,090.06 ) | 3220-003 | | | 125,015.41 |
| * 06/03/09 | 000102 | Trusteed Plans Service Corporation | Subrogation | 4210-003 | | 27,299.82 | 97,715.59 |
| | | c/o Rush, Hannula, Harkins, & Kyler, LLP | | | | | |
| | | 4701 South 19th Street, Ste. 300 | | | | | |
| | | Tacoma, WA  98405 | | | | | |
| * 06/03/09 | 000102 | Trusteed Plans Service Corporation | Subrogation | 4210-003 | | -27,299.82 | 125,015.41 |
| | | c/o Rush, Hannula, Harkins, & Kyler, LLP | Special counsel's office has informed trustee that they | | | | |
| | | 4701 South 19th Street, Ste. 300 | have not heard back from insurance company | | | | |
| | | Tacoma, WA  98405 | regarding negotiating a discounted amount of | | | | |
| | | | subrogation.  Special counsel asked trustee to void the | | | | |
| | | | check and wait for a response from Trusteed. | | | | |
| 06/03/09 | | Transfer to Acct #*******2093 | Bank Funds Transfer | 9999-000 | | 42,756.72 | 82,258.69 |
| 06/30/09 | INT | Union Bank of California | Interest Rate  0.250 | 1270-000 | 19.19 | | 82,277.88 |
| 07/31/09 | INT | Union Bank of California | Interest Rate  0.250 | 1270-000 | 17.45 | | 82,295.33 |
| 08/31/09 | INT | Union Bank of California | Interest Rate  0.250 | 1270-000 | 17.45 | | 82,312.78 |
| | | | Page Subtotals | | 125,069.50 | 42,756.72 | |

Ver: 15.02

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 15)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-45120 -PHB | | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|---|
| Case Name: | JACOBSON, PETER A | | Bank Name: | Union Bank |
| | JACOBSON, MARIA E | | Account Number / CD #: | *******2077 Money Market Account |
| Taxpayer ID No: | *******5961 | | | |
| For Period Ending: | 11/13/09 | | Blanket Bond (per case limit): | $ 62,302,896.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/09 | | Transfer to Acct #*******2093 | Bank Funds Transfer | 9999-000 | | 27,299.82 | 55,012.96 |
| 09/17/09 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 6.58 | | 55,019.54 |
| 09/17/09 | | Transfer to Acct #*******2093 | Final Posting Transfer | 9999-000 | | 55,019.54 | 0.00 |
| | | | COLUMN TOTALS | | 125,076.08 | 125,076.08 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 125,076.08 | |
| | | | Subtotal | | 125,076.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 125,076.08 | 0.00 | |

Page Subtotals      6.58      82,319.36

Ver: 15.02

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-45120 -PHB | | Trustee Name: | Terrence J. Donahue |
| --- | --- | --- | --- | --- |
| Case Name: | JACOBSON, PETER A | | Bank Name: | Union Bank |
| | JACOBSON, MARIA E | | Account Number / CD #: | *******2093 Checking Account |
| Taxpayer ID No: | *******5961 | | | |
| For Period Ending: | 11/13/09 | | Blanket Bond (per case limit): | $ 62,302,896.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/09 | | Transfer from Acct #*******2077 | Bank Funds Transfer | 9999-000 | 42,756.72 | | 42,756.72 |
| 06/03/09 | 003001 | Rush, Hannula, Harkins & Kyler, LLP<br>4701 South 19th Street, Ste. 300<br>Tacoma, WA 98405 | Special Counsel Fees and Costs | | | 42,756.72 | 0.00 |
| | | | Fees 41,666.66 | 3210-000 | | | 0.00 |
| | | | Expenses 1,090.06 | 3220-000 | | | 0.00 |
| 09/04/09 | | Transfer from Acct #*******2077 | Bank Funds Transfer | 9999-000 | 27,299.82 | | 27,299.82 |
| 09/04/09 | 003002 | Trusteed Plans Service Corporation | Subrogation | 4210-000 | | 27,299.82 | 0.00 |
| 09/17/09 | | Transfer from Acct #*******2077 | Transfer In From MMA Account | 9999-000 | 55,019.54 | | 55,019.54 |
| 10/14/09 | 003003 | Terrence J. Donahue<br>Chapter 7 Trustee<br>1201 Pacific Ave., Ste. 1200<br>Tacoma, WA 98402 | Chapter 7 Compensation/Fees<br>10304/1 | 2100-000 | | 8,493.80 | 46,525.74 |
| 10/14/09 | 003004 | Terrence J. Donahue<br>Chapter 7 Trustee<br>1201 Pacific Ave., Ste. 1200<br>Tacoma, WA 98402 | Chapter 7 Expenses<br>10304/1 | 2200-000 | | 141.70 | 46,384.04 |
| 10/14/09 | 003005 | Maria and Peter Jacobson<br>c/o Kenneth E. Rossback<br>3219 6th Avenue<br>Tacoma, WA 98406-5901 | Claim 000011, Payment 100.00000%<br>Debtors' Exemption<br>11 U.S.C. 522(d)(11)(D) | 8100-002 | | 20,200.00 | 26,184.04 |
| 10/14/09 | 003006 | CACV of Colorado LLC<br>c/o Suttell & Associates<br>1450 114th Ave SE #240<br>Bellevue WA 98004 | Claim 000003, Payment 81.96709%<br>Account No. 8584 | 7100-000 | | 10,180.05 | 16,003.99 |
| 10/14/09 | 003007 | Mountain Mist Water Company<br>c/o Evergreen Professional Recoveries In<br>PO Box 666 | Claim 000004, Payment 81.96564%<br>Account No. 3202240 | 7100-000 | | 170.30 | 15,833.69 |

Page Subtotals 125,076.08 109,242.39

Ver: 15.02

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 08-45120 -PHB | Trustee Name: | Terrence J. Donahue |
|---|---|---|---|
| Case Name: | JACOBSON, PETER A | Bank Name: | Union Bank |
|  | JACOBSON, MARIA E | Account Number / CD #: | *******2093 Checking Account |
| Taxpayer ID No: | *******5961 |  |  |
| For Period Ending: | 11/13/09 | Blanket Bond (per case limit): | $ 62,302,896.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/14/09 | 003008 | Bothell WA 98011<br>Samy Salama MD<br>c/o Evergreen Professional Recoveries In<br>PO Box 666<br>Bothell WA 98011 | Claim 000005, Payment 81.96633%<br>Account No. 2713943 | 7100-000 |  | 530.65 | 15,303.04 |
| 10/14/09 | 003009 | Merchants Credit Association<br>PO Box 7416<br>Bellevue, WA 98008 | Claim 000006, Payment 81.96551%<br>Account No. P0400961-MMG | 7100-000 |  | 70.81 | 15,232.23 |
| 10/14/09 | 003010 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CHEVRON TEXACO PLCC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000007, Payment 81.96721%<br>Account NO. 8095 | 7100-000 |  | 319.50 | 14,912.73 |
| 10/14/09 | 003011 | CACH, LLC<br>4340 S. MONACO STREET 2ND FLOOR<br>DENVER, CO 80237 | Claim 000008, Payment 81.96741%<br>Account Nos. 2565 and 3401 | 7100-000 |  | 975.74 | 13,936.99 |
| 10/14/09 | 003012 | SAGRES CO<br>10350 SCIENCE CT #100<br>SAN DIEGO, CA 92121-1129 | Claim 000009, Payment 81.96706%<br>Account No. 932152-0 | 7100-000 |  | 6,793.02 | 7,143.97 |
| 10/14/09 | 003013 | Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of Sears - Citi-Sears<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000010, Payment 81.96715%<br>Account No. 8057 | 7100-000 |  | 7,143.97 | 0.00 |

Page Subtotals     0.00     15,833.69

Ver: 15.02

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-45120 -PHB | | Trustee Name: | Terrence J. Donahue |
| --- | --- | --- | --- | --- |
| Case Name: | JACOBSON, PETER A | | Bank Name: | Union Bank |
| | JACOBSON, MARIA E | | Account Number / CD #: | *******2093  Checking Account |
| Taxpayer ID No: | *******5961 | | | |
| For Period Ending: | 11/13/09 | | Blanket Bond (per case limit): | $ 62,302,896.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 125,076.08 | 125,076.08 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 125,076.08 | 0.00 | |
| | | | Subtotal | | 0.00 | 125,076.08 | |
| | | | Less:  Payments to Debtors | | | 20,200.00 | |
| | | | Net | | 0.00 | 104,876.08 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********2077 | 125,076.08 | 0.00 | 0.00 |
| Checking Account - ********2093 | 0.00 | 104,876.08 | 0.00 |
| | 125,076.08 | 104,876.08 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 15.02